Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-10385-HH

**Caption:**
JANUARY LITTLEJOHN and JEFF LITTLEJOHN v. SCHOOL BOARD OF LEON COUNTY FLORIDA, ROCKY HANNA, individually and in his official capacity as Superintendent of Leon County Schools, and KATHLEEN RODGERS, individually and in her official capacity as Assistant Superintendent Equity Officer and Title IX Compliance Coordinator for Leon County Schools, RACHEL THOMAS, individually and in her official capacity as counselor at Deerlake Middle School, ROBIN OLIVERI, individually and in her official capacity as Assistant Principal of Deerlake Middle School,

District and Division: District of Florida / Tallahassee Division
Name of Judge: Mark Walker
Nature of Suit: 
Date Complaint Filed: October 18, 2021
District Court Docket Number: 21-CV-00415
Date Notice of Appeal Filed: February 3, 2023
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes  ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Mary McAlister, Vernadette Broyles, and Ernie Trakas, Child & Parental Rights Campaign, Inc. | 5805 State Bridge Rd., Suite G310<br>Johns Creek, GA 30097 | 770-448-4525, vbroyles@childparentrights.org, mmcalister@childparentrights.org, etrakas@childparentrights.org |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Jeffrey Douglas Slanker, Michael Patrick Spellman, Terry Joseph Harmon | 123 N Monroe Street, Tallahassee, FL 32301 | 850-205-1996, 850-205-3004, tharmon@sniffenlaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $_____<br>Amount Sought by Defendant: $_____<br>Awarded: $_____ to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted  ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

1. The court erred when it dismissed the substantive due process claims by misapplying the "shock the conscience test" using the standard applied to law enforcement and child protection officials acting under pressure instead of the deliberative action standard for administrative decision making

2. The court erred when it dismissed the claims against the individual defendants based on qualified immunity.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 22nd DAY OF February, 2023.

Mary E. McAlister
NAME OF COUNSEL (Print)

/s/Mary E. McAlister
SIGNATURE OF COUNSEL

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of February 2023 a true and correct copy of the foregoing was electronically filed in the U.S. Court of Appeals for the 11th Circuit, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Mary E. McAlister*
**MARY E. McALISTER**