**CASE NO. 23-10385-HH**

IN THE UNITED STATES COURT OF APPEAL
FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA,
DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI

Defendants-Appellees
_____

On Appeal from the United States District Court
Northern District of Florida, Tallahassee Division
Case No. 4:21-CV-00415-MW-MJF
_____

**DECLARATION OF MARY E. MCALISTER IN SUPPORT OF APPELLANTS' MOTION TO REINSTATE APPEAL**
_____

> Mary E. McAlister (FL Bar No. 0010168)
> CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
> P.O. Box 637
> Monroe, VA 24574
> 770.448.4525
> mmcalister@childparentrights.org
> Attorney for Plaintiffs-Appellants
> Vernadette R. Broyles
> Ernest G. Trakas
> CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
> 5805 State Bridge Rd., Suite G310
> Johns Creek, GA 30097
> 770.448.4525
> vbroyles@childparentrights.org
> etrakas@childparentrights.org

Littlejohn v. School Board of Leon County, Florida
Case No. 23-10385-HH

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Local Rules 26.1-1 through 26.1-3, Appellant certifies that the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case is limited to the following:

Broyles, Vernadette - Counsel for Appellants

Child & Parental Rights Campaign, Inc. - Counsel for Appellants

Hanna, Rocky – Defendant-Appellee

Harmon, Terry J. – Counsel for Appellees

Jones, Darryl - School Board Member

Lawson Cox, Laurie - School Board Member

Littlejohn, January – Appellant

Littlejohn, Jeffrey – Appellant

McAlister, Mary E. – Counsel for Appellants

Nicolas, Marcus - School Board Member

Oliveri, Robin – Appellee

Rodgers, Kathleen – Appellee

School Board of Leon County - Appellee

Slanker, Jeffrey D. – Counsel for Appellees

Sniffen & Spellman, P.A. – Counsel for Appellees

Spellman Michael P. – Counsel for Appellees

Swafford Smith, Alva - School Board Member


Thomas, Rachel - Appellee

Trakas, Ernest G. - Counsel for Appellants

Walker, Hon. Mark E. - Chief United States District Judge

Wood, Rosanne - School Board Member

## DECLARATION OF MARY E. MCALISTER IN SUPPORT OF UNOPPOSED MOTION TO REINSTATE APPEAL

I, Mary E. McAlister, submit this Declaration in Support of the Motion to Reinstate Appeal, and hereby declare as follows.

1. I have actual knowledge of the following facts and if called upon to testify thereto I could and would do so competently. I am submitting this Declaration to provide the Court with additional information in support of the Motion filed on March 20, 2023.

2. I am lead counsel on this case. I have been a member of the Florida bar since 2005 and a member of the bar of the Eleventh Circuit since October 7, 2004.

3. I am familiar with the Court's Local Rules and the requirements for a Certificate of Interested Persons, which I have filed on many occasions since 2004.

4. My husband died suddenly and unexpectedly on December 20, 2022. As well as dealing with the grief and personal issues surrounding his death, I had to seek continuances, extensions of time and rescheduling of hearings for several cases, including the instant matter.

5. The district court's order dismissing the case was filed two days after my husband's death, on December 22, 2022. I did not see it for several days, but did review it, consult with my clients and file a timely notice of appeal.

6. I immediately sought Appellees' consent for an extension of time for the filing of the Opening Brief and Appendix. On February 16, 2023, I electronically

1

filed an Unopposed Motion to Extend the Deadline to File Opening Brief and Appendix, which was the first document filed in the appeal. [Dkt. 3].

7. I filed A Certificate of Interested Parties (CIP) in accordance with the local rules with the Motion To Extend the Deadline ("Mot. to Ext.") on February 16, 2023.

8. The CIP was included with the Mot. to Ext., but I neglected to file it as a separate entry.

9. I had also attempted to file the Web-based CIP, but did not recall receiving confirmation.

10. I received the notice of deficiency from the Clerk's office and mistakenly understood it to be the Web-based CIP. I went to the Website and completed the submission and received confirmation of the filing of the Web-based CIP.

11. In accordance with my mistaken understanding that the notice of deficiency was related to the Web-based CIP, I believed that I had resolved the issue until I received the Order of Dismissal on March 20, 2023.

12. Upon receiving the Order, I immediately filed a stand-alone CIP [Dkt 15] and a Motion to Reinstate the Appeal. [Dkt 16]

13. I have since re-reviewed the court docket and recognized that in the press of other business and the effects of trauma I had misunderstood the subject of the clerk's notice.

14. As stated in the Motion to Reinstate the Appeal, my misunderstanding has not prejudiced the parties or the court in that the information required was filed prior to the deadline as part of the motion, and the CIP has been filed as a stand alone docket entry. A second Web-based CIP was also submitted.

15. While acknowledging the deficiency, Appellants' counsel has substantially complied with the requirement of filing the Certificate of Interested Parties.

16. I am aware of the importance of following the Court's Local Rules and regret the misunderstanding that prompted my failure to fully comply.

17. Appellants Mr. and Mrs. Littlejohn and their substantive rights will be greatly prejudiced if the appeal is not reinstated and I would ask that my error would not prejudice their rights.

18. The Opening Brief is not due until May 4, 2023, so there has not been any prejudicial delay in the progress of the appeal.

19. On March 20, 2023, our office notified opposing counsel of the filing of the Motion to Reinstate Appeal [Dkt 16]. On March 27, 2023 our office spoke with Counsel for Appellees regarding this additional filing in support of the Motion.

3

Counsel for Appellees stated that he was inquiring of his clients regarding this motion. As of the date and time of this filing, he has not provided a final response.

Based on the foregoing, that is, the significant prejudice to the Appellants Mr. and Mrs. Littlejohns' rights, the acknowledged error on my part, the substantial compliance with the applicable rule, and in the interest of justice, I respectfully request that the Court grant the Motion to Reinstate the Appeal and permit Appellants to present the substantive claims to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted on this 29th day of March, 2023.

/s/ *Mary E. McAlister*
Mary E. McAlister (FL Bar No. 0010168)
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
770.448.4525
mmcalister@childparentrights.org
Attorney for Plaintiffs-Appellants

4

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENT

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A), because this document contains 1,265 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), incorporated by reference into Rule 27 and 11th Cir. R. 27-1, because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word in fourteen-point font, Times New Roman.

*/s/ Mary E. McAlister*
**MARY E. MCALISTER**

## CERTIFICATE OF SERVICE

I certify that on March 29, 2023, I electronically filed the foregoing with the Clerk of Court using the Eleventh Circuit CM/ECF system which will send notification of filing to all parties of record.

*/s/ Mary E. McAlister*
**MARY E. McALISTER**