# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 12, 2023

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 23-10385-HH
Case Style: January Littlejohn, et al v. School Board of Leon County Florida, et al
District Court Docket No: 4:21-cv-00415-MW-MJF

The referenced appeal was dismissed.

Appellant's motion to reinstate this appeal has been granted by the clerk.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| New / Before Briefing Cases: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| Cases in Briefing / After Opinion: | 404-335-6130 | CM/ECF Help Desk: | 404-335-6125 |
| Cases Set for Oral Argument: | 404-335-6141 | | |

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-10385-HH

_____

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

                                      Plaintiffs - Appellants,

versus

SCHOOL BOARD OF LEON COUNTY, FLORIDA,
ROBIN OLIVERI,
Individually and in her Official Capacity as
Assistant Principal of Deerlake Middle School,
RACHEL THOMAS,
Individually and in official capacity as
Counselor at Deerlake Middle School,
ROCKY HANNA,
Individually and in his Official Capacity
as Superintendent of Leon Schools,
DR. KATHLEEN RODGERS,
Individually and in her Official Capacity as
Former Assistant Superintendent Equit Officer
and Titile IX Compliance Coordinatorfor
 the Leon Couunty Schools,

                                      Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: The motion to reinstate appeal is GRANTED. The appeal is reinstated by the clerk, effective April 12, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION