No. 23-10385

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants,

v.

SCHOOL BOARD OF LEON COUNTY, *ET AL.*,

Defendants-Appellees.

On Appeal from the United States District Court for the Northern District of Florida, Tallahassee Division

Case No. 4:21-CV-415

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* OUR DUTY

Eric N. Kniffin
Ethics & Public Policy Center
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for* Amicus Curiae

May 30, 2023

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Sixth Circuit Rule 26.1(a), *Amicus Curiae* Our Duty is a non-profit 501(c)(3) organization and has no corporate parent and is not owned in whole or in part by any publicly held corporation.

/s/ Eric N. Kniffin
*Counsel for* Amicus Curiae
*Our Duty*

## MOTION FOR LEAVE TO FILE BRIEF
## OF *AMICUS CURIAE* OUR DUTY

Pursuant to Federal Rule of Appellate Procedure 29(a) and Local Rule 29-1, *Amicus Curiae* Our Duty, by and through Counsel, respectfully moves for leave to file the attached (Exhibit A) brief in support of Plaintiffs-Appellants January Littlejohn and Jeffrey Littlejohn and in support of reversal.

In support of this motion, *Amicus Curiae* Our Duty states as follows:

1. *Amicus Curiae* is an international nonprofit organization that seeks to educate and support parents support parents eager to protect their children from the dangers of gender ideology.

2. The District Court's decision has significant nationwide implications regarding the fundamental rights of parents and specifically the right of Our Duty members to pursue their children's best interests. As an aid to the Court, *Amicus Curiae's* brief summarizes how the Supreme Court has affirmed the fundamental right of parents to make decisions regarding their children's care, shows how the State of Florida requires school districts to honor parental rights, and provides testimony from Our Duty members to help the Court understand why it is critical that parents' rights be upheld under these circumstances

and the devastating injuries that parents and their children incur when this fundamental right is not recognized.

3. Amicus Curiae's brief complies with Rules 29 and 32 of the Federal Rules of Appellate Procedure, as well as all local rules of this Court.

4. Plaintiffs-Appellants have consented to the filing of this brief.

5. Prior to filing this motion, *Amicus Curiae* made a good-faith effort to secure the consent of Defendants-Appellees to the filing of this brief. As of the date of this motion, Defendants-Appellees have neither given their consent nor refused their consent. Defendants-Appellees have asked *Amicus Curiae* why *Amicus Curiae* was interested in filing an amicus brief, to which Amicus Curiae provided a substantive and good-faith response, which received no response from Defendants-Appellees.

6. It is the understanding of *Amicus Curiae* that *no* other amici have received consent from Defendants-Appellees, but have received similar responses, or no responses.

For the above-mentioned reasons, *Amicus Curiae* respectfully asks that this Court grant it leave to file the enclosed brief in support of Plaintiffs-Appellants.

Respectfully submitted this 30th Day of May, 2023.

/s/ Eric N. Kniffin
ERIC N. KNIFFIN
ETHICS & PUBLIC POLICY CENTER
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    [X]  this motion contains 360 words.

    [ ]  this motion uses a monospaced type and contains [state the number of] lines of text.

2. This motion complies with the typeface and type style requirements because:

    [X]  this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14pt Times New Roman; or

    [ ]  this motion has been prepared in a monospaced typeface using [state name and version of word processing program] with [state number of characters per inch and name of type style].

DATED: May 30, 2023               /s/ Eric N. Kniffin
                                  *Counsel for* Amicus
                                  Curiae *Our Duty*

## CERTIFICATE OF FILING AND SERVICE

I certify that I electronically filed the foregoing Motion for Leave to File Brief of *Amicus Curiae* Our Duty in Support of Plaintiffs-Appellants and in Support of Reversal with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit for filing and transmittal of a Notice of Electronic Filing to the participants in this appeal who are registered CM/ECF users on May 30th, 2023.

/s/ Eric N. Kniffin
  *Counsel for* Amicus Curiae
  *Our Duty*