No. 23-10385

# In the United States Court of Appeals for the Eleventh Circuit

JANUARY LITTLEJOHN and JEFFREY LITTLEJOHN,
Plaintiff-Appellants,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROBIN OLIVERI, RACHEL THOMAS, ROCKY HANNA, and DR. KATHLEEN RODGERS,
Defendants-Appellees.

On Appeal from the United States District Court
for the Northern District of Florida, Tallahassee Division,
No. 4:21cv415-MW-MJF

## AMENDED
## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF THE FAMILY FOUNDATION, ILLINOIS FAMILY INSTITUTE, CONCERNED WOMEN FOR AMERICA, NATIONAL LEGAL FOUNDATION, and PACIFIC JUSTICE INSTITUTE IN SUPPORT OF APPELLANTS,
*and urging reversal*

Frederick W. Claybrook, Jr.
Claybrook LLC
655 15th St., NW, Ste. 425
Washington, D.C. 20005
(202) 250-3833
rick@claybrooklaw.com

Steven W. Fitschen
  (Counsel of Record)
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

Counsel for *Amici Curiae*

## CERTIFICATE OF INTERESTED PERSONS
## and CORPORATE DISCLOSURE STATEMENT

None of the *Amici Curiae* have issued shares to the public, and none have a parent company, subsidiary, or affiliate that has issued shares to the public. Thus, no publicly held company can own more than 10% of stock of any *Amicus Curiae*.

Pursuant to this Court's Local Rules 26.1-1 through 26.1-3, *Amici Curiae* certify that the name of each person, attorney, association of persons, firm, law firm, partnership, nonprofit organization, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case is limited to the following:

Broyles, Vernadette – Counsel for Appellants

Child & Parental Rights Campaign, Inc. – Counsel for Appellants

Claybrook, Frederick W., Jr., Claybrook, LLC – Counsel for *Amici Curiae* The Family Foundation, Illinois Family Institute, Concerned Women For America, National Legal Foundation, and Pacific Justice Institute

Concerned Women for America – *Amicus Curiae*

Fitschen, Steven W., The National Legal Foundation – Counsel for *Amici Curiae* The Family Foundation, Illinois Family Institute, Concerned Women For America, National Legal Foundation, and Pacific Justice Institute

Hanna, Rocky – Defendant-Appellee

Harmon, Terry J. – Counsel for Appellees

Illinois Family Institute – *Amicus Curiae*

Jones, Darryl – School Board Member

Lawson Cox, Laurie – School Board Member

Littlejohn, January – Appellant

Littlejohn, Jeffrey – Appellant

McAlister, Mary E. – Counsel for Appellants

National Legal Foundation – *Amicus Curiae*

Nicolas, Marcus – School Board Member

Oliveri, Robin – Appellee

Pacific Justice Foundation – *Amicus Curiae*

Rodgers, Kathleen – Appellee

School Board of Leon County – Appellee

Slanker, Jeffrey D. – Counsel for Appellees

Sniffen & Spellman, P.A. – Counsel for Appellees

Spellman, Michael P. – Counsel for Appellees

Swafford Smith, Alva – School Board Member

The Family Foundation – *Amicus Curiae*

Thomas, Rachel – Appellee

Trakas, Ernest G. – Counsel for Appellants

Walker, Hon. Mark E. – Chief United States District Judge

Wood, Rosanne – School Board Member

# AMENDED MOTION
# FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(2)-(3), *Amici Curiae* The Family Foundation, Illinois Family Foundation, Concerned Women for America, National Legal Foundation, and Pacific Justice Foundation respectfully move for leave to file the accompanying brief for the following reasons:

1. On May 30, 2022, the *Amici* named above timely filed a Motion for Leave to File *Amici Curiae* Brief, accompanied by the proposed Brief, because Counsel for the Appellee shad not yet consented. That Motion and Brief can be found at Docket Entry 36. The Brief, without changes, also accompanies this Amended Motion.

2. The original Motion addressed all the required information as to why it should be granted.

3. On June 2, 2023, Counsel for the Appellees belatedly consented to the filing of the Brief tendered on May 30, 2023.

4. Today, May 8, 2023, the undersigned consulted with this Court's office and was instructed to file the instant Motion.

# CONCLUSION

For the foregoing reasons, this Court should grant *Amici's* Amended Motion for Leave to File the accompanying Brief.

> Respectfully submitted,
> this 8th day of June, 2023,
>
> /s/ Steven W. Fitschen
> Steven W. Fitschen
>   (Counsel of Record)
> National Legal Foundation
> 524 Johnstown Road
> Chesapeake, Va. 23322
> (757) 650-9210
> sfitschen@nationallegalfoundation.org
>
> Frederick W. Claybrook, Jr.
> Claybrook LLC
> 655 15th St., NW, Ste. 425
> Washington, D.C. 20005
> (202) 250-3833
> rick@claybrooklaw.com
>
> Counsel for *Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitations of F.R.A.P. 27(d)2 and F.R.A.P. 29(a)(5). Exclusive of the exempted portions, this brief contains 180 words, including footnotes, in 14-point Century Schoolbook font. This total was calculated with the Word Count function of Microsoft Office Word 365.


/s/ Steven W. Fitschen
Steven W. Fitschen
    Counsel of Record for *Amici Curiae*
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I served the foregoing Amended Motion for Leave to File *Amici Curiae* Brief of The Family Foundation, *et al.*, on all Counsel through the CM/ECF system. I certify that all Counsel in the case are registered CM/ECF users.

<u>/s/ Steven W. Fitschen</u>
Steven W. Fitschen
    Counsel of Record for *Amici Curiae*
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org