**APPEAL NO. 23-10385**
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**
_____

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA, DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI,

Defendants-Appellees.
_____

On Appeal from the United States District Court
Northern District of Florida, Tallahassee Division
District Court No. 4:21-CV-00415-MW-MJF
_____

**APPELLEES' NOTICE OF NON-OBJECTION**
_____

Jeffrey D. Slanker (FBN: 100391)　　Terry Harmon (FBN: 0029001)
jslanker@sniffenlaw.com　　　　　　tharmon@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
(850) 205-1996

Appellees' Attorneys

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

# APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Local Rules 26.1-1 through 26.1-3, Appellees certify that the name of each person, attorney, association of persons, firm, law firm, partnership, or corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case is limited to the following:

1. Able Americans - Amicus Curiae
2. Advancing American Freedom, Inc. - Amicus Curiae
3. Alabama Center for Law and Liberty - Amicus Curiae
4. Alliance Defending Freedom - Amicus Curiae
5. American Principles Project - Amicus Curiae
6. American Values - Amicus Curiae
7. Anderson, Katherine L. - Counsel for Amicus Curiae
8. Anderson, PhD, Dr. Erica E. - Amicus Curiae
9. Bell, Daniel W. - Counsel for Amicus Curiae
10. Berg, Luke N. - Counsel for Amicus Curiae
11. Broyles, Vernadette – Counsel for Appellants
12. Center for Political Renewal - Amicus Curiae

USCA11 Case: 23-10385     Document: 60     Date Filed: 06/09/2023     Page: 3 of 9

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

13. Center for Urban Renewal and Education (CURE) - Amicus Curiae

14. Child and Parental Rights Campaign – Counsel for Appellants

15. Christian Law Association - Amicus Curiae

16. Christians Engaged - Amicus Curiae

17. Clark, Matthew J. - Counsel for Amicus Curiae

18. Claybrook LLC - Counsel for Amicus Curiae

19. Claybrook, Jr., Frederick W. - Counsel for Amicus Curiae

20. Coalition for Jewish Values - Amicus Curiae

21. Concerned Women for America - Amicus Curiae

22. Congresswoman Vicky Hartzler - Amicus Curiae

23. Cornwall Alliance for the Stewardship of Creation - Amicus Curiae

24. Corrigan, Christian B. - Counsel for Amicus Curiae

25. Delaware Family Policy Council - Amicus Curiae

26. Dewart, Deborah J. - Counsel for Amicus Curiae

27. Dhillon Law Group, Inc. - Counsel for Amicus Curiae

28. Dr. James Dobson Family Institute - Amicus Curiae

29. Eagle Forum - Amicus Curiae

30. Estrada, William A. - Counsel for Amicus Curiae

31. Ethics & Public Policy Center - Counsel for Amicus Curiae

32. Faith and Freedom Coalition - Amicus Curiae

33. Family Foundation - Amicus Curiae

34. Family Policy Institute of Washington - Amicus Curiae

USCA11 Case: 23-10385     Document: 60     Date Filed: 06/09/2023     Page: 4 of 9

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna,
Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

35. First Liberty Institute - Counsel for Amicus Curiae

36. Fitschen, Steven W. - Counsel for Amicus Curiae

37. Frontline Policy Action - Amicus Curiae

38. Global Liberty Alliance - Amicus Curiae

39. Goldwater Institute - Amicus Curiae

40. Hanna, Rocky - Appellee

41. Harmon, Terry J. - Counsel for Appellee

42. Illinois Family Institute - Amicus Curiae

43. Institute for Faith and Family - Amicus Curiae

44. International Conference of Evangelical Chaplain Endorsers - Amicus Curiae

45. Jones, Darryl - School Board Member

46. Kniffin, Eric N. - Counsel for Amicus Curiae

47. Knudsen, Austin - Counsel for Amicus Curiae

48. Lawkowski, Gary M. - Counsel for Amicus Curiae

49. Lawson Cox, Laurie - School Board Member

50. Littlejohn, January - Appellant

51. Littlejohn, Jeffrey - Appellant

52. Manhattan Institute - Amicus Curiae

53. Martinez, Abigail - Amicus Curiae

54. Mateer, Jeffrey C. - Counsel for Amicus Curiae

55. McAlister, Mary – Counsel for Appellants

56. Missouri Center-Right Coalition - Amicus Curiae

USCA11 Case: 23-10385     Document: 60     Date Filed: 06/09/2023     Page: 5 of 9

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

57. Moody, Ashley - Counsel for Amicus Curiae

58. National Association of Parents, Inc. d/b/a Parents USA (or) National Association of Parents, Inc. d/b/a ("ParentsUSA") - Amicus Curiae

59. National Center for Public Policy Research - Amicus Curiae

60. National Legal Foundation - Amicus Curiae

61. National Religious Broadcasters - Amicus Curiae

62. New Jersey Family Policy Center - Amicus Curiae

63. New Mexico Family Action Movement - Amicus Curiae

64. Nicolas, Marcus - School Board Member

65. Oliveri, Robin - Appellee

66. Our Duty - Amicus Curiae

67. Pacific Justice Institute - Amicus Curiae

68. Parental Rights Foundation - Amicus Curiae

69. Project 21 Black Leadership Network - Amicus Curiae

70. Randall, Holly M. - Counsel for Amicus Curiae

71. Rodgers, Kathleen - Appellee

72. Russell Kirk Center for Cultural Renewal - Amicus Curiae

73. Russell, Keisha T. - Counsel for Amicus Curiae

74. Sandefur, Timothy - Counsel for Amicus Curiae

75. Sapir, Dr. Leor - Amicus Curiae

76. Sarelson, Matthew - Counsel for Amicus Curiae

77. Scharf-Norton Center for Constitutional Litigation - Counsel for Amicus Curiae

USCA11 Case: 23-10385     Document: 60     Date Filed: 06/09/2023     Page: 6 of 9

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

78. School Board of Leon County - Appellee

79. Seideman, Tina - Counsel for Amicus Curiae

80. Shapiro, Ilya - Counsel for Amicus Curiae

81. Shelton, Adam C. - Counsel for Amicus Curiae

82. Slanker, Jeffrey D. - Counsel for Appellees

83. Sniffen & Spellman, P.A. - Counsel for Appellees

84. Spellman, Michael – Counsel for Appellees

85. State of Montana, Florida and 19 Other States - Amicus Curiae

86. Students for Life of America - Amicus Curiae

87. Swafford Smith, Alva - School Board Member

88. The Center for American Liberty - Amicus Curiae

89. The Justice Foundation - Amicus Curiae

90. Thomas, Rachel - Appellee

91. Toney, Kayla A. - Counsel for Amicus Curiae

92. Torstensen, Jr., Peter M. - Counsel for Amicus Curiae

93. Trakas, Ernest – Counsel for Appellants

94. Wagner, Vincent M. - Counsel for Amicus Curiae

95. Walker, Hon. Mark E. – Chief U.S. District Court Judge

96. Wheat, J. Marc - Counsel for Amicus Curiae

97. Whitaker, Henry C. - Counsel for Amicus Curiae

98. Wood, Rosanne - School Board Member

99. Young America's Foundation - Amicus Curiae

USCA11 Case: 23-10385     Document: 60     Date Filed: 06/09/2023     Page: 7 of 9

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

The undersigned certifies that no publicly traded company or corporation has an interest in the outcome of the case or appeal. The undersigned will enter this information into the web-based CIP contemporaneous with the filing of this Certificate of Interested Persons and Corporate Disclosure Statement.

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna,
Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

# APPELLEES' NOTICE OF NON-OBJECTION

Appellees, by and through their undersigned counsel, hereby give notice to the Court that Appellees do not object to the pending motions filed by various non-parties seeking leave to file an amicus brief in this case. Counsel representing the non-parties were notified on June 2, 2023, that Appellees did not object to their requests to file an amicus brief.

Dated this 9th day of June 2023.

/s/ Terry J. Harmon
**TERRY J. HARMON**
Florida Bar Number: 0029001
E-mail: tharmon@sniffenlaw.com
**JEFFREY D. SLANKER**
Florida Bar Number: 100391
E-mail: jslanker@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, FL 32301
Telephone: (850) 205-1996
Fax:   (850) 205-3004

*Appellees' Attorneys*

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 2016 in fourteen-point Times New Roman font.

/s/ Terry J. Harmon
**TERRY J. HARMON**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on June 9, 2023, which will send notification of filing to all parties of record.

/s/ Terry J. Harmon
**TERRY J. HARMON**

2