# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10385

_____

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

                                              Plaintiffs-Appellants,

versus

SCHOOL BOARD OF LEON COUNTY, FLORIDA,
ROCKY HANNA,
Individually and in his official capacity as
Superintendent of Leon County Schools,
DR. KATHLEEN RODGERS
Individually and in her official capacity as
Former Assistant Superintendent Equity Officer
and Title IX Compliance Coordinator for Leon County Schools,
RACHEL THOMAS,
Individually and in official capacity as
Counselor at Deerlake Middle School,
ROBIN OLIVERI

2                Order of the Court                23-10385

Individually and in her official capacity as
Assistant Principal of Deerlake Middle School,

                                           Defendants- Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00415-MW-MJF

_____

ORDER:

The motion for leave to file a brief as *amici curiae* in support of reversal filed by Advancing American Freedom, Inc.; Able Americans; American Principles Project; American Values; Center for Political Renewal; Center for Urban Renewal and Education (Cure); Christian Law Association; Christians Engaged; Coalition for Jewish Values; Cornwall Alliance for the Stewardship of Creation; Delaware Family Policy Council; Dr. James Dobson Family Institute; Eagle Forum; Faith and Freedom Coalition; Family Policy Institute of Washington; Frontline Policy Action; Global Liberty Alliance; Congresswoman Vicky Hartzler; International Conference of Evangelical Chaplain Endorsers; Missouri Centerright Coalition; National Association of Parents, Inc. D/B/A Parentsusa (or) National Association of Parents, Inc. ("Parentsusa"); National Religious Broadcasters; National Center for Public Policy

23-10385               Order of the Court                    3

Research; New Jersey Family Policy Center; New Mexico Family Action Movement; Project 21 Black Leadership Network; Russell Kirk Center for Cultural Renewal; Students for Life of America; The Justice Foundation; and Young America's Foundation is GRANTED.

The motion for leave to file an *amicus* brief in support of reversal filed by the Institute for Faith and Family is DENIED.

The motion for leave to file an *amicus* brief in support of reversal filed by the Parental Rights Foundation is GRANTED.

The amended motion for leave to file an *amici* brief in support of reversal filed by the Family Foundation, Illinois Family Foundation, Concerned Women for America, National Legal Foundation, and Pacific Justice Foundation is GRANTED. Their initial motion is DENIED AS MOOT.

The motion for leave to file an *amicus* brief in support of reversal filed by the Alliance Defending Freedom is GRANTED.

The motion for leave to file an *amicus* brief in support of reversal filed by Dr. Erica E. Anderson is GRANTED.

The motion for leave to file an *amicus* brief in support of reversal filed by the Alabama Center for Law and Liberty is GRANTED.

The motion for leave to file an *amicus* brief in support of reversal filed by the Center for American Liberty is GRANTED.

The motion for leave to file an *amicus* brief in support of reversal filed by the Goldwater Institute is GRANTED.

4               Order of the Court               23-10385

The motion for leave to file an *amicus* brief in support of reversal filed by Abigail Martinez is GRANTED.

The motion for leave to file an *amicus* brief in support of reversal filed by Our Duty is GRANTED.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE