CASE NO. 23-10385-HH
IN THE UNITED STATES COURT OF APPEAL
FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants
v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA,
DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI

Defendants-Appellees

On Appeal from the United States District Court
Northern District of Florida, Tallahassee Division
Case No. 4:21-CV-00415-MW-MJ

MOTION TO WITHDRAW
FOR AMICUS CENTER FOR AMERICAN LIBERTY

Gary Lawkowski of Dhillon Law Group, 2121 Eisenhower Avenue, Suite 608, Alexandria, VA 22314, hereby moves to withdraw as attorney of record for Amicus Center for American Liberty because Mr. Lawkowski is departing the Dhillon Law Group on January 19, 2025. Amicus Center for American Liberty will continue to be represented in this matter by Matthew Sarelson of the same law firm.

Dated: January 17, 2025                    Respectfully submitted,

/s/*Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com
Admitted Pro Hac Vice

/s/ Matthew Sarelson
Matthew Sarelson
Florida Bar 888281
DHILLON LAW GROUP, INC.
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
msarelson@dhillonlaw.com
305-773-1952