CASE NO. 23-10385-HH
IN THE UNITED STATES COU23-RT OF APPEAL
FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants
v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA,
DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI

Defendants-Appellees

On Appeal from the United States District Court
Northern District of Florida, Tallahassee Division
Case No. 4:21-CV-00415-MW-MJ

## MOTION TO WITHDRAW
## FOR AMICUS CENTER FOR AMERICAN LIBERTY

Gary Lawkowski of Dhillon Law Group, 2121 Eisenhower Avenue, Suite 608, Alexandria, VA 22314, hereby moves to withdraw as attorney of record for Amicus Center for American Liberty because Mr. Lawkowski has departed the Dhillon Law Group. Amicus Center for American Liberty will continue to be represented in this matter by Matthew Sarelson of the same law firm.

Dated: February 7, 2025                               Respectfully submitted,

/s/*Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com
Admitted Pro Hac Vice

/s/ Matthew Sarelson
Matthew Sarelson
Florida Bar 888281
DHILLON LAW GROUP, INC.
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
msarelson@dhillonlaw.com
305-773-1952

# **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

The Center for American Liberty has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Pursuant to Local Rules 26.1-1 through 26.1-3, the Center for American Liberty certifies that the name of each person, attorney, association or persons, firm, law firm, partnership, nonprofit organization, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case is limited to the following:

Able Americans – Amicus Curiae

Advancing American Freedom, Inc. – Amicus Curiae

Alliance Defending Freedom – Amicus Curiae

American Principles Project – Amicus Curiae

American Values – Amicus Curiae

Anderson, Dr. Erica E. – Amicus Curiae

Anderson, Katherine L. – Counsel for Amicus Curiae Alliance Defending Freedom

Berg, Luke N. – Counsel for Amicus Curiae Dr. Erica E. Anderson

Broyles, Vernadette – Counsel for Appellants

Center for American Liberty – Amicus Curiae

Center For Political Renewal – Amicus Curiae

Center For Urban Renewal and Education (Cure) – Amicus Curiae

Child & Parental Rights Campaign, Inc. – Counsel for Appellants

Christian Law Association – Amicus Curiae

Christians Engaged – Amicus Curiae

Claybrook, Frederick W. Jr. – Counsel for Amicus Curiae Family Foundation, et al

Claybrook, LLC – Counsel Amicus Curiae Family Foundation, et al.

Coalition For Jewish Values – Amicus Curiae

Concerned Women for America – Amicus Curiae

Cornwall Alliance for the Stewardship Of Creation – Amicus Curiae

Delaware Family Policy Council – Amicus Curiae

Dewart, Deborah J. – Counsel for Amicus Curiae Institute for Faith and Family

Dhillon Law Group, Inc. – Counsel for Amicus Curiae Center for American Liberty

Dr. James Dobson Family Institute – Amicus Curiae

Eagle Forum – Amicus Curiae

Esenberg, Richard M. – Counsel to Amicus Curiae Dr. Erica E. Anderson

Estrada, William A. – Counsel for Amicus Curie Parental Rights Foundation

Faith And Freedom Coalition – Amicus Curiae

Family Foundation – Amicus Curiae

Family Policy Institute of Washington – Amicus Curiae

Fitschen, Steven W. – Counsel for Amicus Curiae Family Foundation, et al.

Frontline Policy Action – Amicus Curiae

Global Liberty Alliance – Amicus Curiae

Hanna, Rocky – Defendant-Appellee

Harmon, Terry J. – Counsel for Appellees

Hartzler, Hon. Vicky – Amicus Curiae

Illinois Family Institute – Amicus Curiae

Institute for Faith and Family – Amicus Curiae

International Conference of Evangelical Chaplain Endorsers – Amicus Curiae

Jones, Darryl - School Board Member

Lawkowski, Gary M. – Counsel for Amicus Curiae Center for American Liberty

Lawson Cox, Laurie - School Board Member

Littlejohn, January – Appellant

Littlejohn, Jeffrey – Appellant

Manhattan Institute – Amicus Curiae

McAlister, Mary E. – Counsel for Appellants

Missouri Center-Right Coalition – Amicus Curiae

National Association of Parents, Inc. D/B/A ParentsUSA (Or) National Association of Parents, Inc. ("ParentsUSA") – Amicus Curiae

National Legal Foundation – Amicus Curiae

National Religious Broadcasters – Amicus Curiae

National Center for Public Policy Research – Amicus Curiae

New Jersey Family Policy Center – Amicus Curiae

New Mexico Family Action Movement – Amicus Curiae

Nicolas, Marcus - School Board Member

Oliveri, Robin – Appellee

Pacific Institute for Justice – Amicus Curiae

Parental Rights Foundation – Amicus Curiae

Project 21 Black Leadership Network – Amicus Curiae

Rodgers, Kathleen – Appellee

Russell Kirk Center for Cultural Renewal – Amicus Curiae

Sapir, Leor – Amicus Curiae

Sarelson, Matthew– Counsel for Amicus Curiae Center for American Liberty School Board of Leon County - Appellee

Shapiro, Illya – Counsel for Amicus Curiae Manhattan Institute and Dr. Leor Sapir

Slanker, Jeffrey D. – Counsel for Appellees

Seideman, Tina – Counsel for Amicus Curiae Alliance Defending Freedom

Sniffen & Spellman, P.A. – Counsel for Appellees

Spellman Michael P. – Counsel for Appellees

Students For Life of America – Amicus Curiae

Swafford Smith, Alva - School Board Member

The Justice Foundation – Amicus Curiae

Thomas, Rachel - Appellee

Trakas, Ernest G. - Counsel for Appellants

Young America's Foundation – Amicus Curiae

Wagner, Vincent M. – Counsel for Amicus Curiae Alliance Defending Freedom

Walker, Hon. Mark E. - Chief United States District Judge

Wheat, J. Marc Wheat – Counsel for Amicus Curiae Advancing American Freedom, Inc., et al.

Wisconsin Institute for Law & Liberty, Inc. – Counsel for Amicus Curiae Dr. Erica E. Anderson

Wood, Rosanne - School Board Member