**CASE NO. 23-10385-HH**

IN THE UNITED STATES COURT OF APPEAL

FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA, DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI

Defendants-Appellees

---

On Appeal from the United States District Court

Northern District of Florida, Tallahassee Division

Case No. 4:21-CV-00415-MW-MJF

---

## **MOTION TO WITHDRAWAL OF COUNSEL**

Plaintiffs, January and Jeffery Littlejohn, hereby request that this Court withdraw Athina Giouvalkais as its counsel of record in this case, as Ms. Giouvalakis has left the law firm of Child and Parental Rights Campaign. Plaintiff continues to be represented by the law firm of Child and Parental Rights Campaign, and Mary E. McAlister of that firm continues to serve as its lead counsel.

Respectfully submitted, this 11th day of February 2025.

[Signature on following page]

CHILD & PARENTAL RIGHTS
CAMPAIGN

*/s/ Mary E, McAlister*
Mary E. McAlister*
VA Bar No. 76057
Ernest G. Trakas*
MO Bar No. 33813
Vernadette Broyles*
GA Bar No. 593026
CHILD & PARENTAL RIGHTS
CAMPAIGN
5425 Peachtree Pkwy, Ste 110
Norcross, GA 30092
Telephone (770) 448-4525
etrakas@childparentrights.org
mmcalister@childparentrights.org
vbroyles@childparentrights.org
*\* Admitted Pro Hac Vice*
 *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 11th of February 2025.

/s/ Mary E. McAlister
Mary E. McAlister Esq.
