# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10385

_____

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

                                                          Plaintiffs-Appellants,

*versus*

SCHOOL BOARD OF LEON COUNTY, FLORIDA,
ROCKY HANNA,
Individually and in his official capacity as
Superintendent of Leon County Schools,
DR. KATHLEEN RODGERS
Individually and in her official capacity as
Former Assistant Superintendent Equity Officer
and Title IX Compliance Coordinator for Leon County Schools,
RACHEL THOMAS,
Individually and in official capacity as
Counselor at Deerlake Middle School,
ROBIN OLIVERI

2                          Order of the Court                          23-10385

Individually and in her official capacity as
Assistant Principal of Deerlake Middle School,

                                                                        Defendants- Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00415-MW-MJF

_____

ORDER:

      Motion to withdraw as counsel filed by Attorney Mary Elizabeth McAlister for Appellants January Littlejohn and Jeffrey Littlejohn, is GRANTED.

                                                    DAVID J. SMITH
                                 Clerk of the United States Court of
                                    Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION