# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10385

_____

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

                              Plaintiffs-Appellants,

*versus*

SCHOOL BOARD OF LEON COUNTY, FLORIDA,
ROCKY HANNA,
Individually and in his official capacity as
Superintendent of Leon County Schools,
DR. KATHLEEN RODGERS
Individually and in her official capacity as
Former Assistant Superintendent Equity Officer
and Title IX Compliance Coordinator for Leon County Schools,
RACHEL THOMAS,
Individually and in official capacity as
Counselor at Deerlake Middle School,
ROBIN OLIVERI
Individually and in her official capacity as

2                                                                                          23-10385

Assistant Principal of Deerlake Middle School,

                                                                          Defendants- Appellees.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00415-MW-MJF

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 12, 2025

For the Court: DAVID J. SMITH, Clerk of Court