# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. **23-10385**

**January Littlejohn, Jeffrey Littlejohn** vs. **School Board of Leon County, et al**

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | X | | 270 | 5 | 1350 | 202.50 | |
| Appellee's Brief | X | | 72 | 5 | 360 | 54 | |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL 1710 | $256.50 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: *[signed]*  
Date Signed: **03/26/2025**  
Attorney Name: **Jeffrey D. Slanker** (Type or print your name)  
Attorney for: **Appellees** (Type or print name of client)  
E-mail: **jslanker@sniffenlaw.com**  
Phone: **850-205-1996**  
Street Address/City/State/Zip: **123 N Monroe Street Tallahassee, FL 32301**

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____ By: _____ DATE: _____  
                                                                    Deputy Clerk

BOC Rev.: 6/17