No. 23-10385-HH

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, et al.,
*Plaintiffs-Appellants*,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, et al.,
*Defendants-Appellees.*

Appeal from the U.S. District Court for the
Northern District of Florida, Tallahassee Division
Case No. 4:21-CV-00415-MW-MJF

## TIME-SENSITIVE UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC
### (Relief Needed by April 2, 2025)

Mary E. McAlister
CHILD & PARENTAL RIGHTS
CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
(770) 448-4525
mmcalister@childparentrights.org

Cameron T. Norris
Taylor A.R. Meehan
Jeffrey S. Hetzel
CONSOVOY MCCARTHY PLLC
ANTONIN SCALIA LAW SCHOOL
SUPREME COURT CLINIC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com
taylor@consovoymccarthy.com
jhetzel@consovoymccarthy.com

Vernadette R. Broyles
Ernest G. Trakas
CHILD & PARENTAL RIGHTS CAMPAIGN,
INC.
5425 PEACHTREE PKWY SUITE 110
NORCROSS GA 30092
(770) 448-4525
vbroyles@childparentrights.org
etrakas@childparentrights.org

*Counsel for Plaintiffs-Appellants*

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Plaintiffs-Appellants certify that the following have an interest in the outcome of this appeal:

1. Able Americans - Amicus Curiae

2. Advancing American Freedom, Inc. - Amicus Curiae

3. Alabama Center for Law and Liberty - Amicus Curiae

4. Alliance Defending Freedom - Amicus Curiae

5. American Principles Project - Amicus Curiae

6. American Values - Amicus Curiae

7. Anderson, Katherine L. - Counsel for Amicus Curiae

8. Anderson, PhD, Dr. Erica E. - Amicus Curiae

9. Antonin Scalia Law School Supreme Court Clinic - Counsel for Appellants

10. Bell, Daniel W. - Counsel for Amicus Curiae

11. Berg, Luke N. - Counsel for Amicus Curiae

12. Broyles, Vernadette – Counsel for Appellants

13. Center for Political Renewal - Amicus Curiae

14. Center for Urban Renewal and Education (CURE) - Amicus Curiae

15. Child and Parental Rights Campaign – Counsel for Appellants

16. Christian Law Association - Amicus Curiae

17. Christians Engaged - Amicus Curiae

18. Clark, Matthew J. - Counsel for Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

19.    Claybrook LLC - Counsel for Amicus Curiae

20.    Claybrook, Jr., Frederick W. - Counsel for Amicus Curiae

21.    Coalition for Jewish Values - Amicus Curiae

22.    Concerned Women for America - Amicus Curiae

23.    Congresswoman Vicky Hartzler - Amicus Curiae

24.    Consovoy McCarthy PLLC – Counsel for Appellants

25.    Cornwall Alliance for the Stewardship of Creation - Amicus Curiae

26.    Corrigan, Christian B. - Counsel for Amicus Curiae

27.    Delaware Family Policy Council - Amicus Curiae

28.    Dewart, Deborah J. - Counsel for Amicus Curiae

29.    Dhillon Law Group, Inc. - Counsel for Amicus Curiae

30.    Dr. James Dobson Family Institute - Amicus Curiae

31.    Eagle Forum - Amicus Curiae

32.    Estrada, William A. - Counsel for Amicus Curiae

33.    Ethics & Public Policy Center - Counsel for Amicus Curiae

34.    Faith and Freedom Coalition - Amicus Curiae

35.    Family Foundation - Amicus Curiae

36.    Family Policy Institute of Washington - Amicus Curiae

37.    First Liberty Institute - Counsel for Amicus Curiae

38.    Fitschen, Steven W. - Counsel for Amicus Curiae

39.    Frontline Policy Action - Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

40.   Global Liberty Alliance - Amicus Curiae

41.   Goldwater Institute - Amicus Curiae

42.   Hanna, Rocky - Appellee

43.   Harmon, Terry J. - Counsel for Appellee

44.   Hetzel, Jeffrey S. - Counsel for Appellants

45.   Illinois Family Institute - Amicus Curiae

46.   Institute for Faith and Family - Amicus Curiae

47.   International Conference of Evangelical Chaplain Endorsers - Amicus Curiae

48.   Jones, Darryl - School Board Member

49.   Kniffin, Eric N. - Counsel for Amicus Curiae

50.   Knudsen, Austin - Counsel for Amicus Curiae

51.   Lawkowski, Gary M. - Counsel for Amicus Curiae

52.   Lawson Cox, Laurie - School Board Member

53.   Littlejohn, January - Appellant

54.   Littlejohn, Jeffrey - Appellant

55.   Manhattan Institute - Amicus Curiae

56.   Martinez, Abigail - Amicus Curiae

57.   Mateer, Jeffrey C. - Counsel for Amicus Curiae

58.   McAlister, Mary – Counsel for Appellants

59.   Meehan, Taylor A.R. - Counsel for Appellants

60.   Missouri Center-Right Coalition - Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

61.    Moody, Ashley - Counsel for Amicus Curiae

62.    National Association of Parents, Inc. d/b/a Parents USA (or) National

63.    Association of Parents, Inc. d/b/a ("ParentsUSA") - Amicus Curiae

64.    National Center for Public Policy Research - Amicus Curiae

65.    National Legal Foundation - Amicus Curiae

66.    National Religious Broadcasters - Amicus Curiae

67.    New Jersey Family Policy Center - Amicus Curiae

68.    New Mexico Family Action Movement - Amicus Curiae

69.    Nicolas, Marcus - School Board Member

70.    Norris, Cameron T. - Counsel for Appellants

71.    Oliveri, Robin - Appellee

72.    Our Duty - Amicus Curiae

73.    Pacific Justice Institute - Amicus Curiae

74.    Parental Rights Foundation - Amicus Curiae

75.    Project 21 Black Leadership Network - Amicus Curiae

76.    Randall, Holly M. - Counsel for Amicus Curiae

77.    Rodgers, Kathleen - Appellee

78.    Russell Kirk Center for Cultural Renewal - Amicus Curiae

79.    Russell, Keisha T. - Counsel for Amicus Curiae

80.    Sandefur, Timothy - Counsel for Amicus Curiae

81.    Sapir, Dr. Leor - Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

82.  Sarelson, Matthew - Counsel for Amicus Curiae

83.  Scharf-Norton Center for Constitutional Litigation - Counsel for Amicus

84.  Curiae

85.  School Board of Leon County - Appellee

86.  Seideman, Tina - Counsel for Amicus Curiae

87.  Shapiro, Ilya - Counsel for Amicus Curiae

88.  Shelton, Adam C. - Counsel for Amicus Curiae

89.  Slanker, Jeffrey D. - Counsel for Appellees

90.  Sniffen & Spellman, P.A. - Counsel for Appellees

91.  Spellman, Michael – Counsel for Appellees

92.  State of Montana, Florida and 19 Other States - Amicus Curiae

93.  Students for Life of America - Amicus Curiae

94.  Swafford Smith, Alva - School Board Member

95.  The Center for American Liberty - Amicus Curiae

96.  The Justice Foundation - Amicus Curiae

97.  Thomas, Rachel - Appellee

98.  Toney, Kayla A. - Counsel for Amicus Curiae

99.  Torstensen, Jr., Peter M. - Counsel for Amicus Curiae

100.  Trakas, Ernest – Counsel for Appellants

101.  Wagner, Vincent M. - Counsel for Amicus Curiae

102.  Walker, Hon. Mark E. – Chief U.S. District Court Judge

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

103.   Wheat, J. Marc - Counsel for Amicus Curiae

104.   Whitaker, Henry C. - Counsel for Amicus Curiae

105.   Wood, Rosanne - School Board Member

106.   Young America's Foundation - Amicus Curiae

No publicly traded company or corporation has an interest in the outcome of this case or appeal. Plaintiffs-Appellants certify that the CIP contained in this brief is complete.

Dated: March 28, 2025             /s/ *Mary E. McAlister*
                                 Counsel for Plaintiffs-Appellants

## MOTION FOR AN EXTENSION OF TIME TO FILE
## PETITION FOR REHEARING EN BANC

Plaintiffs-Appellants respectfully move for a 21-day extension of time to file a petition for rehearing en banc. If this motion is granted, Plaintiffs' petition will be due on April 23, 2025. Because their petition is currently due on April 2, Plaintiffs respectfully request an extension as soon as possible before that date. Defendants-Appellees do not oppose the requested extension.

## BACKGROUND

This Court affirmed the district court's dismissal of Plaintiffs' complaint on March 12, 2025. *See* Docs. 112 (Op.), 113 (Judgment). That opinion, plus the three separate opinions attached to it, are a combined 169 pages. *See* Doc. 112. Plaintiffs intend to file a petition for rehearing en banc—and, if necessary, certiorari—and retained new co-counsel on March 27, 2025. Under Circuit Rule 40-2, Plaintiffs' petition for rehearing is currently due on April 2.

## REASONS FOR GRANTING THE MOTION

There is good cause to grant the requested extension. Plaintiffs' new co-counsel need time to review the record in this case, as well as the thoughtful and lengthy opinions and many amici briefs, to prepare a petition that aids the panel and the full Court's potential reconsideration of this important case. A 21-day extension will not prejudice Defendants: The district court granted their motion to dismiss and the panel affirmed

that dismissal, so they will remain in the exact same position. Plaintiffs have not previ-ously requested an extension of time to file their en banc petition.

Counsel for Plaintiffs has consulted with counsel for Defendants, whose clients do not oppose the requested relief.

## CONCLUSION

Plaintiffs ask this Court to grant their motion for a 21-day extension of time to file their petition for rehearing en banc, moving the deadline from April 2 to April 23, 2025.

Respectfully submitted,

Cameron T. Norris
Taylor A.R. Meehan
Jeffrey S. Hetzel
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com
jhetzel@consovoymccarthy.com
taylor@consovoymccarthy.com

*/s/ Mary E. McAlister*

Mary E. McAlister
CHILD & PARENTAL RIGHTS CAM-PAIGN, INC.
P.O. Box 637
Monroe, VA 24574
(770) 448-4525
mmcalister@childparentrights.org

Vernadette R. Broyles
Ernest G. Trakas
CHILD & PARENTAL RIGHTS CAM-PAIGN, INC.
5425 PEACHTREE PKWY SUITE 110
NORCROSS GA 30092
(770) 448-4525
vbroyles@childparentrights.org
etrakas@childparentrights.org

*Counsel for Plaintiffs-Appellants*

2

**CERTIFICATE OF COMPLIANCE**

This motion complies with Rule 27(d) because it contains 295 words, excluding the parts that can be excluded. It also complies with Rules 32(a)(5) and 32(a)(6) and Circuit Rule 27-1(a)(11) because it's prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: March 28, 2025                    */s/ Mary E. McAlister*

**CERTIFICATE OF SERVICE**

I e-filed this motion, which will email everyone requiring notice.

Dated: March 28, 2025                    */s/ Mary E. McAlister*