No. 23-10385-HH

# In the United States Court of Appeals
# for the Eleventh Circuit

JANUARY LITTLEJOHN and JEFFREY LITTLEJOHN,
Plaintiff-Appellants,

v.

SCHOOL BOARD OF LEON COUNTY, *et al.*,
Defendants-Appellees.

On Appeal from the United States District Court
for the Northern District of Florida, Tallahassee Division,
No. 4:21cv415-MW-MJF

## MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OF THE FAMILY FOUNDATION, ILLINOIS FAMILY INSTITUTE, CONCERNED WOMEN FOR AMERICA, NATIONAL LEGAL FOUNDATION, and PACIFIC JUSTICE INSTITUTE IN SUPPORT OF APPELLANTS' PETITION FOR REHEARING *EN BANC*

Frederick W. Claybrook, Jr.
Claybrook LLC
655 15th St., NW, Ste. 425
Washington, D.C. 20005
(301) 622-0360
rick@claybrooklaw.com

Steven W. Fitschen
 (Counsel of Record)
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

Counsel for *Amici Curiae*

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

**CERTIFICATE OF INTERESTED PERSONS**
**and CORPORATE DISCLOSURE STATEMENT**

None of the *Amici Curiae* have issued shares to the public, and none have a parent company, subsidiary, or affiliate that has issued shares to the public. Thus, no publicly held company can own more than 10% of stock of any *Amicus Curiae*. Pursuant to this Court's Local Rules 26.1-1 through 26.1-3, *Amici Curiae* certify that the name of each person, attorney, association of persons, firm, law firm, partnership, nonprofit organization, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case is limited to the following:

1. Able Americans - Amicus Curiae

2. Advancing American Freedom, Inc. - Amicus Curiae

3. Alabama Center for Law and Liberty - Amicus Curiae

4. Alliance Defending Freedom - Amicus Curiae

5. American Principles Project - Amicus Curiae

6. American Values - Amicus Curiae

7. Anderson, Katherine L. - Counsel for Amicus Curiae

8. Anderson, PhD, Dr. Erica E. - Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

9.  Antonin Scalia Law School Supreme Court Clinic - Counsel for Appellants

10. Bell, Daniel W. - Counsel for Amicus Curiae

11. Berg, Luke N. - Counsel for Amicus Curiae

12. Broyles, Vernadette – Counsel for Appellants

13. Center for Political Renewal - Amicus Curiae

14. Center for Urban Renewal and Education (CURE) - Amicus Curiae

15. Child and Parental Rights Campaign – Counsel for Appellants

16. Christian Law Association - Amicus Curiae

17. Christians Engaged - Amicus Curiae

18. Clark, Matthew J. - Counsel for Amicus Curiae

19. Claybrook LLC - Counsel for Amicus Curiae

20. Claybrook, Jr., Frederick W. - Counsel for Amicus Curiae

21. Coalition for Jewish Values - Amicus Curiae

22. Concerned Women for America - Amicus Curiae

23. Congresswoman Vicky Hartzler - Amicus Curiae

24. Consovoy McCarthy PLLC – Counsel for Appellants

25. Cornwall Alliance for the Stewardship of Creation - Amicus Curiae

26. Corrigan, Christian B. - Counsel for Amicus Curiae

27. Delaware Family Policy Council - Amicus Curiae

28. Dewart, Deborah J. - Counsel for Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

29. Dhillon Law Group, Inc. - Counsel for Amicus Curiae

30. Dr. James Dobson Family Institute - Amicus Curiae

31. Eagle Forum - Amicus Curiae

32. Estrada, William A. - Counsel for Amicus Curiae

33. Ethics & Public Policy Center - Counsel for Amicus Curiae

34. Faith and Freedom Coalition - Amicus Curiae

35. Family Foundation - Amicus Curiae

36. Family Policy Institute of Washington - Amicus Curiae

37. First Liberty Institute - Counsel for Amicus Curiae

38. Fitschen, Steven W. - Counsel for Amicus Curiae

39. Frontline Policy Action - Amicus Curiae

40. Global Liberty Alliance - Amicus Curiae

41. Goldwater Institute - Amicus Curiae

42. Hanna, Rocky - Appellee

43. Harmon, Terry J. - Counsel for Appellee

44. Hetzel, Jeffrey S. - Counsel for Appellants

45. Illinois Family Institute - Amicus Curiae

46. Institute for Faith and Family - Amicus Curiae

47. International Conference of Evangelical Chaplain Endorsers - Amicus Curiae

48. Jones, Darryl - School Board Member

C-3 of 6

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

49. Kniffin, Eric N. - Counsel for Amicus Curiae

50. Knudsen, Austin - Counsel for Amicus Curiae

51. Lawkowski, Gary M. - Counsel for Amicus Curiae

52. Lawson Cox, Laurie - School Board Member

53. Littlejohn, January - Appellant

54. Littlejohn, Jeffrey - Appellant

55. Manhattan Institute - Amicus Curiae

56. Martinez, Abigail - Amicus Curiae

57. Mateer, Jeffrey C. - Counsel for Amicus Curiae

58. McAlister, Mary – Counsel for Appellants

59. Meehan, Taylor A.R. - Counsel for Appellants

60. Missouri Center-Right Coalition - Amicus Curiae

61. Moody, Ashley - Counsel for Amicus Curiae

62. National Association of Parents, Inc. d/b/a Parents USA (or) National

63. Association of Parents, Inc. d/b/a ("ParentsUSA") - Amicus Curiae

64. National Center for Public Policy Research - Amicus Curiae

65. National Legal Foundation - Amicus Curiae

66. National Religious Broadcasters - Amicus Curiae

67. New Jersey Family Policy Center - Amicus Curiae

68. New Mexico Family Action Movement - Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

69. Nicolas, Marcus - School Board Member

70. Norris, Cameron T. - Counsel for Appellants

71. Oliveri, Robin - Appellee

72. Our Duty - Amicus Curiae

73. Pacific Justice Institute - Amicus Curiae

74. Parental Rights Foundation - Amicus Curiae

75. Project 21 Black Leadership Network - Amicus Curiae

76. Randall, Holly M. - Counsel for Amicus Curiae

77. Rodgers, Kathleen - Appellee

78. Russell Kirk Center for Cultural Renewal - Amicus Curiae

79. Russell, Keisha T. - Counsel for Amicus Curiae

80. Sandefur, Timothy - Counsel for Amicus Curiae

81. Sapir, Dr. Leor - Amicus Curiae

82. Sarelson, Matthew - Counsel for Amicus Curiae

83. Scharf-Norton Center for Constitutional Litigation - Counsel for Amicus Curiae

84. School Board of Leon County – Appellee

85. Seideman, Tina - Counsel for Amicus Curiae

86. Shapiro, Ilya - Counsel for Amicus Curiae

87. Shelton, Adam C. - Counsel for Amicus Curiae

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

88. Slanker, Jeffrey D. - Counsel for Appellees

89. Sniffen & Spellman, P.A. - Counsel for Appellees

90. Spellman, Michael – Counsel for Appellees

91. State of Montana, Florida and 19 Other States - Amicus Curiae

92. Students for Life of America - Amicus Curiae

93. Swafford Smith, Alva - School Board Member

94. The Center for American Liberty - Amicus Curiae

95. The Justice Foundation - Amicus Curiae

96. Thomas, Rachel - Appellee

97. Toney, Kayla A. - Counsel for Amicus Curiae

98. Torstensen, Jr., Peter M. - Counsel for Amicus Curiae

99. Trakas, Ernest – Counsel for Appellants

100.   Wagner, Vincent M. - Counsel for Amicus Curiae

101.   Walker, Hon. Mark E. – Chief U.S. District Court Judge

102.   Wheat, J. Marc - Counsel for Amicus Curiae

103.   Whitaker, Henry C. - Counsel for Amicus Curiae

104.   Wood, Rosanne - School Board Member

105.   Young America's Foundation - Amicus Curiae

## MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(b), *Amici Curiae* The Family Foundation, Illinois Family Foundation, Concerned Women for America, National Legal Foundation, and Pacific Justice Institute respectfully move for leave to file the accompanying Brief.  Counsel for the Appellants has consented to the filing of this Brief.  Counsel for the Appellees "do not object" to the filing of this Brief.

As required by Federal Rule of Appellate Procedure 29(a)(3)(A), *Amici* state their interests as follows:

1. The *Amici* are, variously, state-level educational and lobbying organizations whose missions include protecting religious liberty and parental rights; the largest public policy organization for women in the United States whose mission likewise includes protecting religious liberty and parental rights; and public interest law firms that have significant litigation experience in defending these same rights.

2. More detailed information on the interests of the *Amici* is explained individually on pages 1-2 of the accompanying Brief.

As required by Federal Rule of Appellate Procedure 29(a)(3)(B), *Amici* explain "why [this] amicus brief is desirable and why the matters asserted are relevant to the disposition of the case" as follows:

1. This Brief is desirable because it comports with the spirit of the Advisory Committee Notes to the 1998 and 2010 amendments to the Federal Rules of Appellate Procedure. The notes to the 1998 amendments state that "An *amicus curiae* brief which brings relevant matter to the attention of the Court that has not already been brought to its attention by the parties is of considerable help to the Court." The notes to the 2010 amendments state that "It should be noted that coordination between the amicus and the party whose position the amicus supports is desirable, to the extent that it helps to avoid duplicative arguments."

2. Specifically, Amici coordinated with Appellants to make sure this Brief expands upon, and does not merely repeat, important arguments (without introducing any new issues) that are important to the disposition of this case, namely 1) that the Panel decision conflicts with this Court's own precedents, as well as those of other courts of appeals and of the Supreme Court of the United States by applying the "shocks the conscience" test to violations of fundamental rights, 2) that the Panel's "shocks the conscience" analysis results in a lesser standard being applied to actual violations of fundamental rights than to potential violations; and 3) that even if the "shocks the conscience" test were the correct test, the Plaintiffs should prevail.

## CONCLUSION

For the foregoing reasons, this Court should grant *Amici's* Motion for Leave

to File the accompanying Brief.

Respectfully submitted,
this 24th day of April, 2025,

/s/ Steven W. Fitschen
Steven W. Fitschen
   (Counsel of Record)
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

Frederick W. Claybrook, Jr.
Claybrook LLC
655 15th St., NW, Ste. 425
Washington, D.C. 20005
(202) 250-3833
rick@claybrooklaw.com

Counsel for *Amici Curiae*

3

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with the type-volume limitations of

F.R.A.P. 27(d)2.  Exclusive of the exempted portions, this brief contains 435,

including footnotes, in 14-point Times New Roman font.  This total was calculated

with the Word Count function of Microsoft Office Word 365.


/s/ Steven W. Fitschen
Steven W. Fitschen
        Counsel of Record for *Amici Curiae*
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I served the foregoing Motion for Leave to File *Amici Curiae* Brief of The Family Foundation, *et al.*, on all Counsel through the CM/ECF system. I certify that all Counsel in the case are registered CM/ECF users.

/s/ Steven W. Fitschen
Steven W. Fitschen
　　Counsel of Record for *Amici Curiae*
National Legal Foundation
524 Johnstown Road
Chesapeake, Va. 23322
(757) 650-9210
sfitschen@nationallegalfoundation.org