No. 23-10385-HH

# United States Court of Appeals
## for the
# Eleventh Circuit

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

*Plaintiffs-Appellants,*

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA,
ROCKY HANNA, DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI,

*Defendants-Appellees.*

**MOTION OF THE MANHATTAN INSTITUTE AND OKLAHOMA COUNCIL OF PUBLIC AFFAIRS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* SUPPORTING PLAINTIFFS-APPELLANTS AND REVERSAL**

Ryan Haynie
OKLAHOMA COUNCIL OF
PUBLIC AFFAIRS
1401 N. Lincoln Blvd.
Oklahoma City, OK 73104
(405) 590-6070
ryan@ocpathink.org

Ilya Shapiro
  *Counsel of Record*
John Ketcham
MANHATTAN INSTITUTE
52 Vanderbilt Ave.
New York, NY 10017
(212) 599-7000
ishapiro@manhattan.institute

April 26, 2025

## CORPORATE DISCLOSURE STATEMENT

Movants have no parent companies, subsidiaries, or affiliates, and do not issue shares to the public.

| | |
|---|---|
| Dated: April 26, 2025 | /s/ *Ilya Shapiro* |
| | Counsel for Movants |

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Fed. R. App. P. 29(a)(3), the Manhattan Institute for Policy Research and the Oklahoma Council of Public Affairs respectfully submit this motion for leave to file a brief as *amici curiae* in the above-captioned proceeding. Court rules require a motion for leave to file at the en banc stage, but counsel for movants also sought consent from all parties as a courtesy. Counsel for all parties consented.

## INTEREST OF MOVANTS

The Manhattan Institute for Policy Research (MI) is a nonprofit policy research foundation whose mission is to develop and disseminate ideas that foster individual responsibility and agency. It has sponsored scholarship and filed briefs opposing regulations that interfere with constitutionally protected liberties.

The Oklahoma Council of Public Affairs (OCPA) is an organization dedicated to promoting the flourishing of the people of Oklahoma by advancing principles and policies that support free enterprise, limited government, individual initiative, personal responsibility, and strong families.

Movants believe it is important to respect the fundamental rights of parents in directing their children's healthcare by prohibiting schools from socially transitioning children without parental notification and consent. Movants' proposed brief highlights important medical research in that regard.

## THE BRIEF'S RELEVANCE AND DESIRABILITY

MI and OCPA have participated as *amici curiae* in numerous cases to provide courts with independent information and analysis. Courts are "usually delighted to hear additional arguments from able amici that will help the court toward right answers." *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999). This is particularly true when *amici* provide "information on matters of law about which there was doubt, especially in matters of public interest." *United States v. Michigan*, 940 F.2d 143, 164 (6th Cir. 1991) (citation omitted). "'No matter who a would-be amicus curiae is, therefore, the criterion for deciding whether to permit the filing of an amicus brief should be the same: whether the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs.'" *Animal Prot. Inst. v. Merriam*, No. 06-3776,

3

2006 U.S. Dist. LEXIS 95724, at *4 (D. Minn. Nov. 16, 2006) (quoting *Voices for Choices v. Illinois Bell Telephone Co.*, 339 F.3d 542, 545 (7th Cir. 2003)).

Movants' participation as *amici* here will help the Court in resolving a question of exceptional public importance: whether well-established parental rights entitle parents to know about schools' efforts to socially transition their children. Movants offer a unique perspective on the medical literature and how it relates to parental rights.

## CONCLUSION

Movants respectfully request that this Court grant their motion for leave to file a brief as *amici curiae* supporting Plaintiffs-Appellants.

Respectfully submitted,

/s/ *Ilya Shapiro*

Ryan Haynie
OKLAHOMA COUNCIL OF
PUBLIC AFFAIRS
1401 N. Lincoln Blvd.
Oklahoma City, OK 73104
(405) 590-6070
ryan@ocpathink.org

Ilya Shapiro
   *Counsel of Record*
John Ketcham
MANHATTAN INSTITUTE
52 Vanderbilt Ave.
New York, NY 10017
(212) 599-7000
ishapiro@manhattan.institute

April 26, 2025

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit for filing and transmittal of a Notice of Electronic Filing to the participants in this appeal who are registered CM/ECF users.

DATED: April 26, 2025　　　　　　　　/s/ *Ilya Shapiro*
　　　　　　　　　　　　　　　　　　Counsel for Movants