## No. 23-10385-HH

# United States Court of Appeals
# for the Eleventh Circuit

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

*Plaintiffs-Appellants,*

– v. –

SCHOOL BOARD OF LEON COUNTY, FLORIDA, *et al.*,

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA, CASE NO: 9:12-cv-80829-DMM

MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* OF ADVANCING AMERICAN
FREEDOM, INC.; ABLE AMERICANS; AFA ACTION; AMERICAN PRINCIPLES
PROJECT; AMERICAN VALUES; ASSOCIATION OF MATURE AMERICAN CITIZENS
ACTION; CENTER FOR POLITICAL RENEWAL; CENTER FOR URBAN RENEWAL
AND EDUCATION (CURE); CHRISTIAN LAW ASSOCIATION; CHRISTIAN MEDICAL
& DENTAL ASSOCIATIONS; CHRISTIANS ENGAGED; COALITION FOR JEWISH
VALUES; CORNWALL ALLIANCE FOR THE STEWARDSHIP OF CREATION;
DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES; EAGLE FORUM;
FAITH AND FREEDOM COALITION; FAMILY POLICY ALLIANCE; FAMILY
POLICY INSTITUTE OF WASHINGTON; FRONTLINE POLICY ACTION;

[*Additional Amici Listed Inside Cover*]

J. MARC WHEAT
  *Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

APRIL 29, 2025                    *Counsel for Amici Curiae*

GLOBAL LIBERTY ALLIANCE; CONGRESSWOMAN (2013-2022) VICKY HARTZLER; INTERCESSORS FOR AMERICA; INTERNATIONAL CONFERENCE OF EVANGELICAL CHAPLAIN ENDORSERS; JAMES DOBSON FAMILY INSTITUTE; JCCWATCH.ORG; TIM JONES, FORMER SPEAKER, MISSOURI HOUSE, CHAIRMAN, MISSOURI CENTER-RIGHT COALITION; MARYLAND FAMILY INSTITUTE; MEN AND WOMEN FOR A REPRESENTATIVE DEMOCRACY IN AMERICA, INC.; NATIONAL APOSTOLIC CHRISTIAN LEADERSHIP CONFERENCE; NATIONAL ASSOCIATION OF PARENTS (D/B/A "PARENTSUSA"); NATIONAL CENTER FOR PUBLIC POLICY RESEARCH; NATIONAL RELIGIOUS BROADCASTERS; NEVADA POLICY; NEW JERSEY FAMILY POLICY CENTER; NEW YORK STATE CONSERVATIVE PARTY; NEW MEXICO FAMILY ACTION MOVEMENT; MELISSA ORTIZ, PRINCIPAL & FOUNDER, CAPABILITY CONSULTING; RUSSELL KIRK CENTER FOR CULTURAL RENEWAL; SETTING THINGS RIGHT; SOUTHEASTERN LEGAL FOUNDATION; STAND FOR GEORGIA VALUES ACTION; STUDENTS FOR LIFE OF AMERICA; THE INSTITUTE FOR FAITH & FAMILY; TRADITION, FAMILY, PROPERTY, INC.; WISCONSIN FAMILY ACTION, INC.; WOMEN FOR DEMOCRACY IN AMERICA, INC.; YANKEE INSTITUTE; AND YOUNG AMERICA'S FOUNDATION

No. 23-10385

*January Littlejohn, et al. v. School Board of Leon County Florida, et al.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to the Eleventh Circuit rules, the following persons and corporation have an interest in the outcome of this appeal:

1) Advancing American Freedom, Inc., Amicus Curiae

2) Able Americans, Amicus Curiae

3) AFA Action, Amicus Curiae

4) American Principles Project, Amicus Curiae

5) American Values, Amicus Curiae

6) Association of Mature American Citizens Action, Amicus Curiae

7) Center for Political Renewal, Amicus Curiae

8) Center for Urban Renewal and Education (CURE), Amicus Curiae

9) Christian Law Association, Amicus Curiae

10) Christian Medical & Dental Associations, Amicus Curiae

11) Christians Engaged, Amicus Curiae

12) Coalition for Jewish Values, Amicus Curiae

13) Cornwall Alliance for the Stewardship of Creation, Amicus Curiae

14) Defense of Freedom Institute for Policy Studies, Amicus Curiae

15) Eagle Forum, Amicus Curiae

16) Faith and Freedom Coalition, Amicus Curiae

*No. 23-10385*
*January Littlejohn, et al. v. School Board of Leon County Florida, et al.*

17)   Family Policy Alliance, Amicus Curiae

18)   Family Policy Institute of Washington, Amicus Curiae

19)   Frontline Policy Action, Amicus Curiae

20)   Global Liberty Alliance, Amicus Curiae

21)   Congresswoman (2013-2022) Vicky Hartzler, Amicus Curiae

22)   Intercessors for America, Amicus Curiae

23)   International Conference of Evangelical Chaplain Endorsers, Amicus Curiae

24)   James Dobson Family Institute, Amicus Curiae

25)   JCCWatch.org, Amicus Curiae

26)   Tim Jones, Former Speaker, Missouri House, Chairman, Missouri Center-Right Coalition, Amicus Curiae

27)   Maryland Family Institute, Amicus Curiae

28)   Men and Women for a Representative Democracy in America, Inc., Amicus Curiae

29)   National Apostolic Christian Leadership Conference, Amicus Curiae

30)   National Association of Parents (d/b/a "ParentsUSA"), Amicus Curiae

31)   National Center for Public Policy Research, Amicus Curiae

32)   National Religious Broadcasters, Amicus Curiae

33)   Nevada Policy, Amicus Curiae

No. 23-10385

*January Littlejohn, et al. v. School Board of Leon County Florida, et al.*

34) New Jersey Family Policy Center, Amicus Curiae

35) New York State Conservative Party, Amicus Curiae

36) New Mexico Family Action Movement, Amicus Curiae

37) Melissa Ortiz, Principal & Founder, Capability Consulting, Amicus Curiae

38) Russell Kirk Center for Cultural Renewal, Amicus Curiae

39) Setting Things Right, Amicus Curiae

40) Southeastern Legal Foundation, Amicus Curiae

41) Stand for Georgia Values Action, Amicus Curiae

42) Students for Life of America, Amicus Curiae

43) The Institute for Faith & Family, Amicus Curiae

44) Tradition, Family, Property, Inc., Amicus Curiae

45) Wisconsin Family Action, Inc., Amicus Curiae

46) Women for Democracy in America, Inc., Amicus Curiae

47) Yankee Institute, Amicus Curiae,

48) Young America's Foundation

49) J. Marc Wheat, Counsel for Amicus Curiae

The amici curiae Advancing American Freedom, Inc.; Able Americans; AFA Action; American Principles Project; American Values; Association of Mature American Citizens Action; Center for Political Renewal; Center for Urban Renewal

*January Littlejohn, et al. v. School Board of Leon County Florida, et al.*

and Education (CURE); Christian Law Association; Christian Medical & Dental Associations; Christians Engaged; Coalition for Jewish Values; Cornwall Alliance for the Stewardship of Creation; Defense of Freedom Institute for Policy Studies; Eagle Forum; Faith and Freedom Coalition; Family Policy Alliance; Family Policy Institute of Washington; Frontline Policy Action; Global Liberty Alliance; Congresswoman (2013-2022) Vicky Hartzler; Intercessors for America; International Conference of Evangelical Chaplain Endorsers; James Dobson Family Institute; JCCWatch.org; Tim Jones, Former Speaker, Missouri House, Chairman, Missouri Center-Right Coalition; Maryland Family Institute; Men and Women for a Representative Democracy in America, Inc.; National Apostolic Christian Leadership Conference; National Association of Parents (d/b/a "ParentsUSA"); National Center for Public Policy Research; National Religious Broadcasters; Nevada Policy; New Jersey Family Policy Center; New York State Conservative Party; New Mexico Family Action Movement; Melissa Ortiz, Principal & Founder, Capability Consulting; Russell Kirk Center for Cultural Renewal; Setting Things Right; Southeastern Legal Foundation; Stand for Georgia Values Action; Students for Life of America; The Institute for Faith & Family; Tradition, Family, Property, Inc.; Wisconsin Family Action, Inc.; Women for Democracy in America, Inc.; Yankee Institute; and Young America's Foundation are nonprofit corporations. They do not issue stock and are neither owned by nor are the owners of any other corporate

*No. 23-10385*
*January Littlejohn, et al. v. School Board of Leon County Florida, et al.*

entity, in part or in whole. They have no parent companies, subsidiaries, affiliates, or members that have issued shares or debt securities to the public. The corporations are operated by volunteer boards of directors.

Respectfully submitted,

/s/ J. Marc Wheat
J. MARC WHEAT
  *Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amicus Curiae*

## MOTION OF ADAVANCING AMERICAN FREEDOM ET AL. TO FILE BRIEF AS *AMICI CURIAE*

Pursuant to Rule 29(b)(3) of the Federal Rules of Appellate Procedure, Advancing American Freedom et al. respectfully move for leave to file the accompanying brief as *amici curiae* in support of Plaintiffs-Appellants.

Advancing American Freedom (AAF) is a nonprofit organization that promotes and defends policies that elevate traditional American values, including freedom of speech and the free exercise of religious belief. AAF "will continue to serve as a beacon for conservative ideas, a reminder to all branches of government of their responsibilities to the nation,"[1] and believes that the Constitution's protections of parental rights have been established beyond debate as an enduring American tradition. AAF files this brief on behalf of its 14,716 members in the Eleventh Circuit including 8,625 members in the state of New York.

The attached brief provides important legal arguments regarding the fundamental rights of parents to direct the upbringing of their children and the Supreme Court's consistent recognition that that right is protected by the Constitution. These arguments are relevant to this Court's consideration of this case and therefore AAF et al. respectfully move for leave to file the attached brief as *amici curiae*.

---

[1] Edwin J. Feulner, Jr., *Conservatives Stalk the House: The Story of the Republican Study Committee*, 212 (Green Hill Publishers, Inc. 1983).

1

Respectfully submitted,

/s/ J. Marc Wheat
J. MARC WHEAT
   *Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitations of Fed. R. App. P. 27:

Pursuant to Fed. R. App. P. 32(g)(1), this motion contains 223 words, including footnotes, but excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.


DATED:      April 29, 2025                    /s/ J. Marc Wheat
                                              J. Marc Wheat

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing brief with the Clerk for filing and transmittal of a Notice of Electronic Filing to the participants in this appeal who are registered CM/ECF users.


DATED:     April 29, 2025                    /s/ J. Marc Wheat
                                             J. Marc Wheat