No. 23-10385

# United States Court of Appeals
*for the*
# Eleventh Circuit

———◆———

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

*Plaintiffs-Appellants,*

– v. –

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA,
DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI,

*Defendants-Appellees.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
IN NO. 4:21-CV-415-MW-MJF
(Hon. Mark E. Walker)

**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF OF
LIBERTY JUSTICE CENTER, WISCONSIN INSTITUTE FOR
LAW & LIBERTY, AND DR. ERICA E. ANDERSON, PhD,
SUPPORTING REHEARING EN BANC**

LIBERTY JUSTICE CENTER
EMILY RAE
*Counsel of Record*
7500 Rialto Boulevard, Suite 1-250
Austin, Texas 78735
(512) 481-4400

WISCONSIN INSTITUTE
  FOR LAW & LIBERTY
LUKE N. BERG
*Counsel of Record*
330 East Kilbourn Avenue, Suite 725
Milwaukee, Wisconsin 53202
(414) 727-9455

*Attorneys for Amici*

  (800) 4-APPEAL • (812535)

No. 23-10385-HH, *Littlejohn v. School Board of Leon County*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 29(a)(4)(a), Amici certify that the Certificate of Interested Persons stated in Appellants' Petition for Rehearing En Banc is complete and correct, except that, in addition to those persons and entities listed, the following persons have an interest in the outcome of this appeal:

Liberty Justice Center states that it is a nonprofit corporation registered in the State of Texas, and has no parent company and no stockholders.

Wisconsin Institute for Law & Liberty states that it is a nonprofit corporation registered in the State of Wisconsin, and has no parent company and no stockholders.

Dr. Erica E. Anderson has previously filed an amicus brief in this case and therefore was included in the Appellants' Certificate of Interested Persons.

# MOTION FOR LEAVE TO FILE AMICUS BRIEF
# OF LIBERTY JUSTICE CENTER, WISCONSIN INSTITUTE
# FOR LAW AND LIBERTY, AND DR. ERICA E. ANDERSON[1]

Amici Liberty Justice Center, Wisconsin Institute for Law and Liberty, and Dr. Erica E. Anderson, by and through undersigned counsel, hereby seeks leave to file the attached amicus brief in support of Appellants requesting rehearing en banc. The grounds for this motion are as follows:

1. The Liberty Justice Center and Wisconsin Institute for Law & Liberty are both nonprofit, nonpartisan, public-interest litigation firms that seek to protect economic liberty, private property rights, free speech, and other fundamental rights, including the fundamental right to parent under the Fourteenth Amendment.

2. Dr. Erica E. Anderson, PhD, is a clinical psychologist practicing in California and Minnesota with over 45 years of experience, and is a transgender woman. Between 2019 and 2021, Dr. Anderson served as a board member for the World Professional Association for Transgender

---

[1] No party's counsel authored this brief in whole or in part. No party or party's counsel contributed money that was intended to fund preparing or submitting this brief. No person—other than the amicus curiae, its members, or its counsel—contributed money that was intended to fund preparing or submitting this brief.

Health (WPATH) and as the President of USPATH (the United States arm of WPATH). Since 2016, Dr. Anderson's work has focused primarily on children and adolescents dealing with gender-identity-related issues, at the Child and Adolescent Gender Clinic at Benioff Children's Hospital at the University of California, San Francisco (2016 to 2021), and at her private consulting and clinical psychology practice (2016 to present). She has seen hundreds of children and adolescents for gender-identity-related issues in that time, many of whom transition, with her guidance and support.

3. As a practitioner serving children and adolescents experiencing gender incongruence, Dr. Anderson has a strong interest in ensuring that such children receive the best possible support and assistance (whether or not they ultimately transition), which, in her view, requires involving their parents.

4. The District Court's and Eleventh Circuit's decisions have significant implications both in this circuit and throughout the country.

5. To aid this Court's decision, the proposed amici brief provides an overview, from a practitioner's perspective, as to why a social transition

- 3 -

at school is a serious mental-health-related decision and why excluding parents from this process shocks the conscience.

6. The proposed amici brief complies with F.R.A.P. 29 and 32 and this Court's local rules.

For the foregoing reasons, Amici respectfully request permission to file the attached amici brief in support of Appellants and rehearing en banc.

Dated: April 30, 2025

        Respectfully Submitted,

        LIBERTY JUSTICE CENTER

        /s/ Emily Rae
        EMILY RAE
        *Counsel of Record*
        7500 Rialto Blvd., Ste. 1-250
        Austin, TX 78735
        erae@ljc.org
        (512) 481-4400

        WISCONSIN INSTITUTE FOR
        LAW & LIBERTY

        /s/ Luke N. Berg
        LUKE N. BERG
        *Counsel of Record*
        330 E. Kilbourn Ave., Suite 725
        Milwaukee, WI 53202
        luke@will-law.org
        rick@will-law.org
        (414) 727-7367
        *Attorneys for Amicus Curiae*
        *Dr. Erica E. Anderson, PhD*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify the following:

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 433 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this motion has been prepared in a proportionately spaced typeface using the 2013 version of Microsoft Word in 14-point Century Schoolbook font.

Dated: April 30, 2025

/s/ Emily Rae
EMILY RAE