**23-10385**

---

# 𝔘nited 𝔖tates 𝔆ourt of 𝔄ppeals
*for the*

# 𝔈leventh 𝔆ircuit

---

JANUARY LITTLEJOHN, et al.,

*Plaintiffs – Appellants,*

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, et al.,

*Defendants – Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION
THE HONORABLE MARK E. WALKER
CASE NO. 4:21-cv-415

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
PARENTAL RIGHTS FOUNDATION IN SUPPORT OF PLAINTIFFS –
APPELLANTS PETITION FOR REHEARING EN BANC**

---

William A. Estrada
Attorney for Parental Rights Foundation
One Patrick Henry Circle
Purcellville, Virginia 20132
(540) 751-1200
will@parentalrights.org

*Counsel for Amicus Curiae*
*Parental Rights Foundation*

No. 23-10385

*January Littlejohn, et al. v. School Board of Leon County Florida, et al.*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Amicus curiae Parental Rights Foundation is a nonprofit corporation, and does not issue stock, and is neither owned by nor is the owner of any other corporate entity, in part or in whole. Amicus curiae does not have any parent corporation, subsidiary, affiliate, or member that has issued shares or debt securities to the public, nor is there any publicly held company that owns 10% or more of amicus curiae's stock. Amicus curiae is operated by a volunteer board of directors.

Pursuant to this Court's Local Rules 26.1-1 through 26.1-3, Amicus Curiae certifies that the name of each person, attorney, association of persons, firm, law firm, partnership, nonprofit organization, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case is limited to the following:

1. Able Americans – Amicus Curiae

2. Advancing American Freedom, Inc. – Amicus Curiae

3. Alabama Center for Law and Liberty – Amicus Curiae

4. Alliance Defending Freedom – Amicus Curiae

5.  American Principles Project – Amicus Curiae

6.  American Values – Amicus Curiae

7.  Anderson, Katherine L. – Counsel for Amicus Curiae

8.  Anderson, PhD, Dr. Erica E. – Amicus Curiae

9.  Antonin Scalia Law School Supreme Court Clinic – Counsel for Appellants

10. Bell, Daniel W. – Counsel for Amicus Curiae

11. Berg, Luke N. – Counsel for Amicus Curiae

12. Broyles, Vernadette – Counsel for Appellants

13. Center for Political Renewal – Amicus Curiae

14. Center for Urban Renewal and Education (CURE) – Amicus Curiae

15. Child and Parental Rights Campaign – Counsel for Appellants

16. Christian Law Association – Amicus Curiae

17. Christians Engaged – Amicus Curiae

18. Clark, Matthew J. – Counsel for Amicus Curiae

19. Claybrook LLC – Counsel for Amicus Curiae

20. Claybrook, Jr., Frederick W. – Counsel for Amicus Curiae

21. Coalition for Jewish Values – Amicus Curiae

22. Concerned Women for America – Amicus Curiae

23. Congresswoman Vicky Hartzler – Amicus Curiae

24. Consovoy McCarthy PLLC – Counsel for Appellants

25. Cornwall Alliance for the Stewardship of Creation – Amicus Curiae

26. Corrigan, Christian B. – Counsel for Amicus Curiae

27. Delaware Family Policy Council – Amicus Curiae

28. Dewart, Deborah J. – Counsel for Amicus Curiae

29. Dhillon Law Group, Inc. – Counsel for Amicus Curiae

30. Dr. James Dobson Family Institute – Amicus Curiae

31. Eagle Forum – Amicus Curiae

32. Estrada, William A. – Counsel for Amicus Curiae

33. Ethics & Public Policy Center – Counsel for Amicus Curiae

34. Faith and Freedom Coalition – Amicus Curiae

35. Family Foundation – Amicus Curiae

36. Family Policy Institute of Washington – Amicus Curiae

37. First Liberty Institute – Counsel for Amicus Curiae

38. Fitschen, Steven W. – Counsel for Amicus Curiae

39. Frontline Policy Action – Amicus Curiae

40. Global Liberty Alliance – Amicus Curiae

41. Goldwater Institute – Amicus Curiae

42. Hanna, Rocky – Appellee

43. Harmon, Terry J. – Counsel for Appellee

44. Hasson, James. F. – Counsel for Appellants

45. Hetzel, Jeffrey S. – Counsel for Appellants

46. Illinois Family Institute – Amicus Curiae

47. Institute for Faith and Family – Amicus Curiae

48. International Conference of Evangelical Chaplain Endorsers – Amicus Curiae

49. Jones, Darryl – School Board Member

50. Kniffin, Eric N. – Counsel for Amicus Curiae

51. Knudsen, Austin – Counsel for Amicus Curiae

52. Lawkowski, Gary M. – Counsel for Amicus Curiae

53. Lawson Cox, Laurie – School Board Member

54. Littlejohn, January – Appellant

55. Littlejohn, Jeffrey – Appellant

56. Manhattan Institute – Amicus Curiae

57. Martinez, Abigail – Amicus Curiae

58. Mateer, Jeffrey C. – Counsel for Amicus Curiae

59. McAlister, Mary – Counsel for Appellants

60. Meehan, Taylor A.R. – Counsel for Appellants

61. Missouri Center-Right Coalition – Amicus Curiae

62. Moody, Ashley – Counsel for Amicus Curiae

63. National Association of Parents, Inc. d/b/a Parents USA (or) National Association of Parents, Inc. d/b/a ("ParentsUSA") – Amicus Curiae

64. National Center for Public Policy Research – Amicus Curiae

65. National Legal Foundation – Amicus Curiae

66. National Religious Broadcasters – Amicus Curiae

67. New Jersey Family Policy Center – Amicus Curiae

68. New Mexico Family Action Movement – Amicus Curiae

69. Nicolas, Marcus – School Board Member

70. Norris, Cameron T. – Counsel for Appellants

71. Oliveri, Robin – Appellee

72. Our Duty – Amicus Curiae

73. Pacific Justice Institute – Amicus Curiae

74. Parental Rights Foundation – Amicus Curiae

75. Project 21 Black Leadership Network – Amicus Curiae

76. Randall, Holly M. – Counsel for Amicus Curiae

77. Rodgers, Kathleen – Appellee

78. Russell Kirk Center for Cultural Renewal – Amicus Curiae

79. Russell, Keisha T. – Counsel for Amicus Curiae

80. Sandefur, Timothy – Counsel for Amicus Curiae

81. Sapir, Dr. Leor – Amicus Curiae

82. Sarelson, Matthew – Counsel for Amicus Curiae

83. Scharf-Norton Center for Constitutional Litigation – Counsel for Amicus Curiae

84. School Board of Leon County – Appellee

85. Seideman, Tina – Counsel for Amicus Curiae

86. Shapiro, Ilya – Counsel for Amicus Curiae

87. Shelton, Adam C. – Counsel for Amicus Curiae

88. Slanker, Jeffrey D. – Counsel for Appellees

89. Sniffen & Spellman, P.A. – Counsel for Appellees

90. Spellman, Michael – Counsel for Appellees

91. State of Montana, Florida and 19 Other States – Amicus Curiae

92. Students for Life of America – Amicus Curiae

93. Swafford Smith, Alva – School Board Member

94. The Center for American Liberty – Amicus Curiae

95. The Justice Foundation – Amicus Curiae

96. Thomas, Rachel – Appellee

97. Toney, Kayla A. – Counsel for Amicus Curiae

98. Torstensen, Jr., Peter M. – Counsel for Amicus Curiae

99. Trakas, Ernest – Counsel for Appellants

100.     Wagner, Vincent M. – Counsel for Amicus Curiae

101.     Walker, Hon. Mark E. – Chief U.S. District Court Judge

102.     Wheat, J. Marc – Counsel for Amicus Curiae

103.     Whitaker, Henry C. – Counsel for Amicus Curiae

104.     Wood, Rosanne – School Board Member

105.     Young America's Foundation – Amicus Curiae

Dated: April 30, 2025                    _____/s/ William A. Estrada_____

                                        Counsel  for Amicus Curiae

### MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* PARENTAL RIGHTS FOUNDATION

Now comes Amicus Curiae Parental Rights Foundation, by and through Counsel, and seeks leave from this Court to file the enclosed brief in support of Plaintiffs-Appellants January Littlejohn and Jeffrey Littlejohn, and in support of the Court granting rehearing en banc and reversing the District Court.

In support of this motion, Amicus Curiae Parental Rights Foundation states as follows:

1. Amicus Curiae is a national, nonprofit, nonpartisan advocacy organization which seeks to preserve the legal protection afforded to loving and fit parents to raise, nurture, and educate their children without undue state interference.

2. The Panel's split decision has significant nationwide implications regarding the fundamental rights of parents. As an aid to the Court, Amicus Curiae's brief surveys the history of parental rights in our nation, and how federal courts have recognized this right, which is both desirable and relevant to the proper disposition of this case.

3. Amicus Curiae's brief complies with Rules 29 and 32 of the Federal Rules of Appellate Procedure, as well as all local rules of this Court.

4. All parties have consented to the filing of this brief.

1

For the above-mentioned reasons, Amicus Curiae respectfully asks that this Court grant it leave to file the attached brief in support of Plaintiffs-Appellants.

Respectfully submitted this 30th Day of April, 2025,

/s/ William A. Estrada
Counsel for Parental Rights Foundation
One Patrick Henry Circle
Purcellville, VA 20132
(540) 751-1200
will@parentalrights.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitations of Fed. R. App. P. 27:

Pursuant to Fed. R. App. P. 32(g)(1), this motion contains 219 words, including footnotes, but excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

DATED: <u>April 30, 2025</u>          <u>/s/ William A. Estrada          </u>
                                                  *Counsel for Amicus Curiae Parental*
                                                  *Rights Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically filed the foregoing brief with the Clerk for filing and transmittal of a Notice of Electronic Filing to the participants in this appeal who are registered CM/ECF users.

/s/ William A. Estrada
*Counsel for Amicus Curiae Parental Rights Foundation*