No. 23-10385

# United States Court of Appeals for the Eleventh Circuit

_____

JANUARY LITTLEJOHN & JEFFREY LITTLEJOHN,
PLAINTIFFS-APPELLANTS,

*v.*

SCHOOL BOARD OF LEON COUNTY FLORIDA, ET AL.,
DEFENDANTS-APPELLEES,

_____

*APPEAL FROM THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA,
NO. 4:21-cv-415, HON. MARK E. WALKER, PRESIDING*

_____

**MOTION FOR LEAVE TO FILE BRIEF OF
DEFENDING EDUCATION AS *AMICUS CURIAE*
SUPPORTING PETITION FOR REHEARING EN BANC**

_____

CHRISTOPHER MILLS
Spero Law LLC
557 East Bay Street #22251
Charleston, SC 29413
(843) 606-0640
cmills@spero.law

Counsel for *Amicus Curiae*

APRIL 30, 2025

# CERTIFICATE OF INTERESTED PARTIES AND
# CORPORATE DISCLOSURE STATEMENT

*January Littlejohn, et al. v. School Board of Leon County Florida, et al.*, No. 23-10385:

The undersigned counsel of record certifies that the following listed persons and entities, in addition to those listed in prior filings, have an interest in the outcome of this case. These representations are made so that the judges of this court may evaluate possible disqualification or recusal.

    1. Defending Education (*amicus*) does not have a parent corporation, and no corporation owns 10% or more of its stock.

    2. Mills, Christopher (counsel for *amicus*) of Spero Law LLC.

*/s Christopher Mills*
Christopher Mills

Counsel for *Amicus Curiae*

April 30, 2025

Proposed *amicus curiae* Defending Education respectfully moves for leave to file the attached *amicus* brief supporting Plaintiffs-Appellants' petition for rehearing en banc. All parties consent to this motion. *See* 11th Cir. R. 27-1(a)(5).

Defending Education is a national, nonprofit membership association. Its members include many parents with school-aged children. Launched in 2021, it uses advocacy, disclosure, and litigation to combat the increasing politicization and indoctrination of K-12 and postsecondary education. It has a substantial interest in this case. The Fourteenth Amendment protects the fundamental right of parents to direct the upbringing of their children. The panel's decision, however, will prevent parents, including members of Defending Education, from meaningfully vindicating their fundamental right.

Moreover, because of its long experience in this area, Defending Education is particularly equipped to provide relevant arguments about the legal issues and the practical impact the Court's ruling will have. Its proposed brief explains that secret transitioning policies are widespread, and that the panel's decision would deprive parents of needed judicial recourse.

For these reasons, the motion for leave to file an *amicus* brief should be granted.

        Respectfully submitted,

        *s/ Christopher Mills*
        CHRISTOPHER MILLS
        Spero Law LLC
        557 East Bay Street #22251
        Charleston, SC 29413
        (843) 606-0640
        cmills@spero.law

Counsel for *Amicus Curiae*

APRIL 30, 2025

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 180 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

3. This document has been scanned for viruses and is virus-free.

Dated:  April 30, 2025

                                            */s Christopher Mills*
                                            Christopher Mills

## CERTIFICATE OF SERVICE

I, Christopher Mills, an attorney, certify that on this day the foregoing Motion was served electronically on all parties via CM/ECF.

Dated:  April 30, 2025

*s/ Christopher Mills*
Christopher Mills