NO. 23-10385-HH

# In the United States Court of Appeals for the Eleventh Circuit

JANUARY LITTLEJOHN AND JEFFREY LITTLEJOHN,
*Plaintiffs-Appellants*,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA, DR. KATHLEEN RODGERS, RACHEL THOMAS, AND ROBIN OLIVERI,
*Defendants-Appellees*.

On Appeal from the U.S. District Court
Northern District of Florida, Tallahassee Division
Case No. 4:21-CV-00415-MW/MJF

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* ABIGAIL MARTINEZ IN SUPPORT OF APPELLANTS' PETITION FOR REHEARING EN BANC**

Jeffrey C. Mateer
Keisha T. Russell
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
(972) 941-4444

April 30, 2025

Kayla A. Toney
  *Counsel of Record*
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW
Suite 1410
Washington, DC 20004
(469) 440-7598
ktoney@firstliberty.org

*Counsel for Amici Curiae*

# CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Local Rules 26.1-1 through 26.1-3, Appellant certifies that the following persons have an interest in the outcome of this appeal:

Martinez, Abigail – Amicus Curiae

Mateer, Jeffrey M. – Counsel for Amicus Abigail Martinez

Russell, Keisha T. – Counsel for Amicus Abigail Martinez

Toney, Kayla A. – Counsel for Amicus Abigail Martinez

First Liberty Institute is a nonprofit corporation. It does not issue stock and are neither owned by nor are the owners of any other corporate entity, in part or in whole. They have no parent companies, subsidiaries, affiliates, or members that have issued shares or debt securities to the public.

Respectfully submitted,

s/ *Kayla A. Toney*
Kayla A. Toney
  *Counsel of Record*
First Liberty Institute
1331 Pennsylvania Ave. NW,
Suite 1410
Washington, DC 20004
(469) 440-7598
ktoney@firstliberty.org

**STATEMENT OF MOVANT'S INTEREST**

*Amicus* Abigail Martinez is a bereaved California mother who lost her daughter Yaeli Galdamez to suicide in 2019. Ms. Martinez is a devout Christian who shares her family's tragic story in hopes that other families will not experience similar heartache from harmful state policies that exclude parents and pressure vulnerable minors to pursue gender transitions, often at the expense of their mental and physical health. Ms. Martinez urges this Court to consider the consequences of its decision for the Littlejohn family and for families around the country who face similar situations. All parties consent to this filing.

I.     **The Proposed *Amicus Curiae* Brief is Desirable and Relevant.**

*Amicus* provides extensive analysis which will assist the Court in considering issues not fully addressed by Petitioners.

*Amicus* provides analysis of the First Amendment violations that occur when states interfere with the relationship between religious parents and their children, as they seek to raise them in accordance with their faith. Because *amicus* has personally experienced the tragic injustice of losing custody of her daughter because she could not affirm gender-transition measures that violated her faith and that she knew to be harmful, she also provides insight into the irreversible damage that occurs when governments violate the constitutional rights of religious families. *Amicus* urges this

3

Court to uphold free exercise rights and consider the impact of such policies on religious families nationwide.

## CONCLUSION

For these reasons, the proposed *amicus* respectfully requests that the Court grant this motion and accept her attached *amicus* brief.

Respectfully submitted,

| | |
|---|---|
| Jeffrey C. Mateer<br>Keisha T. Russell<br>First Liberty Institute<br>2001 West Plano Parkway,<br>Suite 1600<br>Plano, TX 75075<br>(972) 941-4444<br>krussell@firstliberty.org<br><br>*Counsel for Amicus Curiae* | /s/ Kayla A. Toney<br>Kayla A. Toney<br>  *Counsel of Record*<br>First Liberty Institute<br>1331 Pennsylvania Ave. NW,<br>Suite 1410<br>Washington, DC 20004<br>(469) 440-7598<br>ktoney@firstliberty.org |

April 30, 2025

4

## CERTIFICATE OF COMPLIANCE

I, Kayla A. Toney, hereby certify that:

1. This motion complies with the type-volume limitation of F.R.A.P. 27(d)(2) because it contains 253 words, exclusive of the exempted portions.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14.

April 30, 2025

/s/ *Kayla A. Toney*

Kayla A. Toney
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

April 30, 2025

/s/ *Kayla A. Toney*

Kayla A. Toney
*Counsel for Amicus Curiae*