No. 23-10385-HH

# In the United States Court of Appeals for the Eleventh Circuit

*January Littlejohn and Jeffrey Littlejohn,*
Plaintiffs-Appellants,

v.

*School Board of Leon County, Florida, et al.,*
Defendant-Appellees.

U.S. District Court for the Northern District of Florida, No. 4:21-cv-415-MW-MAF
(Walker, C.J.)

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMERICAN PARENTS COALITION AS *AMICUS CURIAE*

D. Kent Safriet
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
Telephone: (850) 270-5938
kent@holtzmanvogel.com

*Counsel for Amicus Curiae*
*American Parents Coalition*

*January Littlejohn., et al. v. School Board of Leon County, Florida, et al.*

23-10385-HH

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, *Amicus Curiae* American Parents Coalition certifies that the Certificate of Interested Persons filed with Plaintiffs-Appellants' Reply Brief, Defendants-Appellees' Amended Answer Brief, and the various briefs of the *Amicus Curiae* are complete, subject to the following Amendments:

1.    American Parents Coalition, *Amicus Curiae*

2.    Holtzman Vogel Baran Torchinsky & Josefiak, *Counsel for Amicus Curiae*

3.    Marré, Alleigh, *Executive Director, Amicus Curiae American Parents Coalition*

4.    Safriet, D. Kent, *Counsel for Amicus Curiae*

Per Circuit Rule 26.1-2(c), *Amicus Curiae* American Parents Coalition is a nonprofit organization, does not have a parent corporation, and does not issue shares to the public. *Amicus Curiae* American Parents Coalition is not aware of any publicly owned corporation, not a party to the appeal, with a financial interest in the outcome of this case.

Dated: April 30, 2025

/s/ D. Kent Safriet
*Counsel for Amicus Curiae*
*American Parents Coalition*

C1 of 1

Pursuant to Fed. R. App. P. 29(a)(3), American Parents Coalition ("APC") submits this motion for leave to file a brief as *amici curiae* in the above-captioned proceeding. While Court rules require a motion for leave to file at the en banc stage, counsel for movants also sought consent from all parties as a courtesy. Counsel for all parties have consented.

## INTEREST OF *AMICUS CURIAE*

APC is a tax-exempt, non-profit, and non-partisan organization established to protect parental rights and empower parents to reclaim parental authority from the government, schools, and medical establishment. APC accomplishes this mission via public advocacy and by providing parents with resources to advocate for their children. APC participates as an amicus here to underscore a parent's right to refuse treatments being offered to a minor child without the parent's knowledge or consent. APC also writes to underscore the problems inherent in socially transitioning a child from one gender to another without a parent's involvement. This case directly impacts APC's mission of empowering parents to reclaim parental authority from schools and prevent schools from interfering in medical decisions of children without parental consent.

## DESIRABILITY OF THE PROPOSED BRIEF

APC, given its mission, has a unique viewpoint to be able to provide the Court with independent information and analysis. Appellate courts are "usually delighted to hear additional arguments from able amici that will help the court toward right

answers." *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999). Especially when *amici* provide "information on matters of law about which there was doubt, especially in matters of public interest." *United States v. Michigan*, 940 F.2d 143, 164 (6th Cir. 1991) (citation omitted). "'No matter who a would-be amicus curiae is, therefore, the criterion for deciding whether to permit the filing of an amicus brief should be the same: whether the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs.'" *Animal Prot. Inst. v. Merriam*, No. 06-3776, 2006 U.S. Dist. LEXIS 95724, at *4 (D. Minn. Nov. 16, 2006) (quoting *Voices for Choices v. Illinois Bell Telephone Co.*, 339 F.3d 542, 545 (7th Cir. 2003)).

APC's participation will help the Court in resolving a question of critical public importance: whether well-established parental rights entitle parents to be informed before schools provide medical treatment to their children. Movants offer a unique perspective that social transitioning is indeed the first step in medical treatment that leads to the use of puberty blockers, cross-sex hormones, and surgeries.

## **CONCLUSION**

For the foregoing reasons, APC respectfully requests that the Court permit it to file the attached proposed *amicus curiae* brief.

2

Dated: April 30, 2025

Respectfully submitted,

/s/ D. Kent Safriet
D. Kent Safriet
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
Telephone: (850) 270-5938
kent@holtzmanvogel.com

*Counsel for Amicus Curiae*
*American Parents Coalition*

**CERTIFICATE OF COMPLIANCE**

1.      This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) and Eleventh Circuit Rule 29-1 because this document contains 446 words.

2.      This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: April 30, 2025                          /s/ D. Kent Safriet
                                               D. Kent Safriet


**CERTIFICATE OF SERVICE**

I certify that on April 30, 2025, I electronically filed the foregoing brief with the Clerk through CM/ECF, which will serve an electronic copy to all counsel of record.

Dated: April 30, 2025                          /s/ D. Kent Safriet
                                               D. Kent Safriet