# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

No. 23-10385-HH

JANUARY LITTLEJOHN, *et al.*,

*Plaintiffs–Appellants*,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, *et al.*,

*Defendants–Appellees.*

_____

On Appeal from the United States District Court
for the Northern District of Florida, No.: 4:21-cv-00415-MW-MJF

_____

### MOTION FOR LEAVE TO FILE AMICUS BRIEF
### IN SUPPORT OF PLAINTIFFS-APPELLANTS'
### PETITION FOR REHEARING EN BANC

_____

| | |
|---|---|
| Denise M. Harle | Alyssa L. Cory |
| Florida Bar No. 81977 | Florida Bar No. 118150 |
| SHUTTS & BOWEN LLP | SHUTTS & BOWEN LLP |
| 215 S. Monroe Street | 4301 W. Boy Scout Boulevard |
| Suite 804 | Suite 300 |
| Tallahassee, Florida 32301 | Tampa, Florida 33607 |
| (850) 241-1717 | (813) 229-8900 |
| dharle@shutts.com | acory@shutts.com |

*Counsel for Religious Freedom Institute*

*January Littlejohn, et al. v. School Board of Leon County, Florida, et al.*
Case No. 23-10385

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3), Religious Freedom Institute certifies that the Certificate of Interested Persons filed by Plaintiffs–Appellants January Littlejohn et al. is correct, and certifies that the following additional listed persons may have an interest in the outcome of this case:

1. Cory, Alyssa L., counsel for Amicus Curiae

2. Harle, Denise M., counsel for Amicus Curiae

3. Religious Freedom Institute, Amicus Curiae

4. Shutts & Bowen LLP, counsel for Amicus Curiae

Amicus Curiae Religious Freedom Institute is a nonprofit 501(c)(3) organization, with no parent companies, subsidiaries, corporate affiliates, or publicly-traded shares.

Dated: 4/30/2025

*/s/ Denise M. Harle*
Counsel for Amicus Curiae
Religious Freedom Institute

## MOTION TO FILE AMICUS BRIEF IN SUPPORT OF PETITION FOR REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 29(b)(3) and Eleventh Circuit Local Rule 29-3, Amicus Curiae Religious Freedom Institute respectfully moves for leave to file an amicus brief in support of Plaintiffs–Appellants' petition for rehearing en banc in this case. In support of this motion, Amicus states as follows:

1. Religious Freedom Institute (RFI) explores and supports religious freedom within all faith traditions and also partners in advocacy through its action teams. RFI is committed to achieving broad acceptance of religious freedom as a fundamental human right. RFI action teams work to build coalitions and advance religious freedom as a priority for governments, civil society, religious communities, businesses, and the general public. Therefore, RFI has a strong interest in this case because weakening the right of parents to direct the upbringing of their children on matters of religion and theology endangers religious freedom.

2. RFI's amicus brief will address the deeply rooted history and tradition of parental rights at common law, in the Founding Era, and at the time of ratification of the Fourteenth Amendment. The brief will also address the fundamental nature of religious freedom as intertwined with the rights of parents to direct the upbringing of their children, particularly on matters implicating morality and theological teachings. It will describe the burden on parents of minority religions when instruction on sex and gender contradicts religious doctrine and sacred texts. Thus, the brief will assist the

1

Court in determining the nature of parental rights in the substantive-due-process framework.

3.  Counsel for Plaintiffs–Appellants, Cameron Norris, and Counsel for Defendants–Appellees, Jeffrey Slanker, have consented to the filing of this amicus brief.

For these reasons, Amicus Religious Freedom Institute respectfully requests that the Court grant leave to file an amicus brief and accept the attached brief as timely filed.

Respectfully submitted,

*/s/ Denise M. Harle*
Denise M. Harle
Florida Bar No. 81977
SHUTTS & BOWEN LLP
215 S. Monroe Street, Suite 804
Tallahassee, Florida 32301
(850) 241-1717
DHarle@shutts.com
SMartin@shutts.com

Alyssa L. Cory
Florida Bar No. 118150
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd, Suite 300
Tampa, Florida 33607
(813) 229-8900
ACory@shutts.com
KKickel@shutts.com

*Counsel for Proposed Amicus Curiae*
*Religious Freedom Institute*

2

## CERTIFICATE OF COMPLIANCE

The forgoing motion complies with the length limit of Fed. R. App. P. 27(d)(2) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 314 words. This motion complies with the requirements of Fed. R. App. P. 32 because it has been prepared in proportionally spaced typeface, using Microsoft Word 2021, in Garamond 14-point font.

*/s/Denise M. Harle*
Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing brief with the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. I certify that counsel for all parties in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Denise M. Harle*