No. 23-10385

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants,

v.

SCHOOL BOARD OF LEON COUNTY, *ET AL.*,

Defendants-Appellees.

On Appeal from the United States District Court for the
Northern District of Florida, Tallahassee Division

Case No. 4:21-CV-415

## MOTION FOR LEAVE TO FILE BRIEF
## OF *AMICUS CURIAE* OUR DUTY
## IN SUPPORT OF PLAINTIFFS-APPELLANTS'
## PETITION FOR REHEARING EN BANC

Eric N. Kniffin
Ethics & Public Policy Center
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for* Amicus Curiae

April 30, 2025

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1(a), Movant Our Duty is a non-profit corporation whose 501(c)(3) application is currently pending. Our Duty has no parent companies, subsidiaries, or affiliates and does not issue shares to the public.

Dated: April 30, 2025　　　　　　　s/ Eric N. Kniffin
　　　　　　　　　　　　　　　　　Eric N. Kniffin
　　　　　　　　　　　　　　　　　*Counsel for Movant*

## MOTION FOR LEAVE TO FILE BRIEF
## OF *AMICUS CURIAE* OUR DUTY

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), Our Duty, by and through Counsel, respectfully submits this motion for leave to file a brief as *amicus curiae* in the above-captioned proceeding. Court rules require a motion for leave to file at the en banc stage, but counsel for movants also sought consent from all parties as a courtesy. Counsel for all parties consented.

## INTEREST OF MOVANT

In support of this motion, proposed *amicus* Our Duty states as follows:

1. Our Duty is a nonprofit organization that seeks to educate and support parents eager to protect their children from the dangers of gender ideology.

2. The panel's decision has significant nationwide implications regarding the fundamental rights of parents, including Our Duty members, to pursue their children's best interests.

3. Movant's participation as *amicus* here will help the Court in resolving a question of exceptional public importance: whether well-established parental rights entitle parents to know about schools' efforts to socially transition their children.

2

4. The proposed *amicus* brief provides testimony from Our Duty members to help the Court understand why it is critical that parents' rights be upheld under these circumstances and the devastating injuries that parents and their children incur when this fundamental right is not recognized.

5. The proposed *amicus* brief complies with Rules 29 and 32 of the Federal Rules of Appellate Procedure, as well as all local rules of this Court.

## CONCLUSION

For the above-mentioned reasons, Movant Our Duty respectfully asks that this Court grant it leave to file the enclosed brief in support of Plaintiffs-Appellants.

Respectfully submitted this 30th Day of April, 2025.

/s/ Eric N. Kniffin
ERIC N. KNIFFIN
ETHICS & PUBLIC POLICY CENTER
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for Movant*

3

## CERTIFICATE OF FILING AND SERVICE

I certify that I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit for filing and transmittal of a Notice of Electronic Filing to the participants in this appeal who are registered CM/ECF users.

DATED: April 30, 2025

/s/ Eric N. Kniffin
*Counsel for Movant*
