APPEAL NO. 23-10385
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

JANUARY LITTLEJOHN, JEFFREY LITTLEJOHN,

Plaintiffs-Appellants,

V.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, ROCKY HANNA,
DR. KATHLEEN RODGERS, RACHEL THOMAS, ROBIN OLIVERI,

Defendants-Appellees.
_____

On Appeal from the United States District Court
Northern District of Florida, Tallahassee Division
District Court No. 4:21-CV-00415-MW-MJF
_____

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PETITION FOR REHEARING EN BANC**
_____

Jeffrey D. Slanker (FBN: 100391)           Terry Harmon (FBN: 0029001)
jslanker@sniffenlaw.com                    tharmon@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
(850) 205-1996

Appellees' Attorneys

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellees, School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, and Robin Oliveri, by and through its undersigned counsel, hereby discloses the following pursuant to Rule 26.1-1 and 26.1-2 of the Federal Rules of Appellate Procedure and 11th Cir. Rule 26.1-1(a)(1):

1. Able Americans – Amicus Curiae
2. Advancing American Freedom, Inc. – Amicus Curiae
3. Alabama Center for Law and Liberty – Amicus Curiae
4. Alliance Defending Freedom – Amicus Curiae
5. American Parents Coalition – Amicus Curiae
6. American Principles Project – Amicus Curiae
7. American Values – Amicus Curiae
8. Anderson, Katherine L. – Counsel for Amicus Curiae
9. Anderson, PhD, Dr. Erica E. – Amicus Curiae
10. Antonin Scalia Law School Supreme Court Clinic – Counsel for Appellants
11. Arizona Legislature – Amicus Curiae
12. Bell, Daniel W. – Counsel for Amicus Curiae
13. Berg, Luke N. – Counsel for Amicus Curiae
14. Broyles, Vernadette – Counsel for Appellants
15. Center for Political Renewal – Amicus Curiae
16. Center for Urban Renewal and Education (CURE) – Amicus Curiae

USCA11 Case: 23-10385     Document: 148     Date Filed: 05/07/2025     Page: 3 of 10

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

17. Child and Parental Rights Campaign – Counsel for Appellants

18. Christian Law Association – Amicus Curiae

19. Christians Engaged – Amicus Curiae

20. Clark, Matthew J. – Counsel for Amicus Curiae

21. Claybrook LLC – Counsel for Amicus Curiae

22. Claybrook, Jr., Frederick W. – Counsel for Amicus Curiae

23. Coalition for Jewish Values – Amicus Curiae

24. Concerned Women for America – Amicus Curiae

25. Congresswoman Vicky Hartzler – Amicus Curiae

26. Consovoy McCarthy PLLC – Counsel for Appellants

27. Cornwall Alliance for the Stewardship of Creation – Amicus Curiae

28. Corrigan, Christian B. – Counsel for Amicus Curiae

29. Cory, Alyssa L. – Counsel for Amicus Curiae

30. Costello, David M. – Counsel for Amicus Curiae

31. Defending Education – Amicus Curiae

32. Delaware Family Policy Council – Amicus Curiae

33. DeSousa, Jeffrey P. – Counsel for Amicus Curiae

34. Dewart, Deborah J. – Counsel for Amicus Curiae

35. Dhillon Law Group, Inc. – Counsel for Amicus Curiae

36. Dr. James Dobson Family Institute – Amicus Curiae

37. Eagle Forum – Amicus Curiae

38. Estrada, William A. – Counsel for Amicus Curiae

39. Ethics & Public Policy Center – Counsel for Amicus Curiae

USCA11 Case: 23-10385     Document: 148     Date Filed: 05/07/2025     Page: 4 of 10

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

40. Faith and Freedom Coalition – Amicus Curiae

41. Family Foundation – Amicus Curiae

42. Family Policy Institute of Washington – Amicus Curiae

43. First Liberty Institute – Counsel for Amicus Curiae

44. Fitschen, Steven W. – Counsel for Amicus Curiae

45. Frontline Policy Action – Amicus Curiae

46. Global Liberty Alliance – Amicus Curiae

47. Goldwater Institute – Amicus Curiae

48. Grabowski, Daniel – Counsel for Amicus Curiae

49. Hanna, Rocky – Appellee

50. Harle, Denise M. – Counsel for Amicus Curiae

51. Harmon, Terry J. – Counsel for Appellee

52. Hasson, James. F. – Counsel for Appellants

53. Haynie, Ryan – Counsel for Amicus Curiae

54. Hetzel, Jeffrey S. – Counsel for Appellants

55. Illinois Family Institute – Amicus Curiae

56. Institute for Faith and Family – Amicus Curiae

57. International Conference of Evangelical Chaplain Endorsers – Amicus Curiae

58. Jones, Darryl – School Board Member

59. Kniffin, Eric N. – Counsel for Amicus Curiae

60. Knudsen, Austin – Counsel for Amicus Curiae

61. Ketcham, John – Counsel for Amicus Curiae

USCA11 Case: 23-10385     Document: 148     Date Filed: 05/07/2025     Page: 5 of 10

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

62. Lawkowski, Gary M. – Counsel for Amicus Curiae

63. Lawson Cox, Laurie – School Board Member

64. Liberty Justice Center – Amicus Curiae

65. Littlejohn, January – Appellant

66. Littlejohn, Jeffrey – Appellant

67. Manhattan Institute – Amicus Curiae

68. Martinez, Abigail – Amicus Curiae

69. Mateer, Jeffrey C. – Counsel for Amicus Curiae

70. McAlister, Mary – Counsel for Appellants

71. Meehan, Taylor A.R. – Counsel for Appellants

72. Mills, Christopher – Counsel for Amicus Curiae

73. Missouri Center-Right Coalition – Amicus Curiae

74. Moody, Ashley – Counsel for Amicus Curiae

75. National Association of Parents, Inc. d/b/a Parents USA (or) National As- sociation of Parents, Inc. d/b/a ("ParentsUSA") – Amicus Curiae

76. National Center for Public Policy Research – Amicus Curiae

77. National Legal Foundation – Amicus Curiae

78. National Religious Broadcasters – Amicus Curiae

79. New Jersey Family Policy Center – Amicus Curiae

80. New Mexico Family Action Movement – Amicus Curiae

81. Nicolas, Marcus – School Board Member

82. Norris, Cameron T. – Counsel for Appellants

83. Oklahoma Council of Public Affairs – Amicus Curiae

USCA11 Case: 23-10385   Document: 148   Date Filed: 05/07/2025   Page: 6 of 10

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

84. Oliveri, Robin – Appellee

85. Our Duty – Amicus Curiae

86. Pacific Justice Institute – Amicus Curiae

87. Parental Rights Foundation – Amicus Curiae

88. Project 21 Black Leadership Network – Amicus Curiae

89. Rae, Emily – Counsel for Amicus Curiae

90. Randall, Holly M. – Counsel for Amicus Curiae

91. Religious Freedom Institute – Amicus Curiae

92. Rodgers, Kathleen – Appellee

93. Russell Kirk Center for Cultural Renewal – Amicus Curiae

94. Russell, Keisha T. – Counsel for Amicus Curiae

95. Safriet, Kent D. – Counsel for Amicus Curiae

96. Sandefur, Timothy – Counsel for Amicus Curiae

97. Sapir, Dr. Leor – Amicus Curiae

98. Sarelson, Matthew – Counsel for Amicus Curiae

99. Scharf-Norton Center for Constitutional Litigation – Counsel for Amicus Curiae

100. School Board of Leon County – Appellee

101. Seideman, Tina – Counsel for Amicus Curiae

102. Shapiro, Ilya – Counsel for Amicus Curiae

103. Shelton, Adam C. – Counsel for Amicus Curiae

104. Slanker, Jeffrey D. – Counsel for Appellees

105. Sniffen & Spellman, P.A. – Counsel for Appellees

USCA11 Case: 23-10385     Document: 148     Date Filed: 05/07/2025     Page: 7 of 10

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

106. Spellman, Michael – Counsel for Appellees

107. State of Indiana – Amicus Curiae

108. State of Montana, Florida and 19 Other States – Amicus Curiae

109. State of South Dakota – Amicus Curiae

110. Students for Life of America – Amicus Curiae

111. Swafford Smith, Alva – School Board Member

112. The Center for American Liberty – Amicus Curiae

113. The Justice Foundation – Amicus Curiae

114. Thomas, Rachel – Appellee

115. Toney, Kayla A. – Counsel for Amicus Curiae

116. Torstensen, Jr., Peter M. – Counsel for Amicus Curiae

117. Trakas, Ernest – Counsel for Appellants

118. Wagner, Vincent M. – Counsel for Amicus Curiae

119. Walker, Hon. Mark E. – Chief U.S. District Court Judge

120. Wheat, J. Marc – Counsel for Amicus Curiae

121. Whitaker, Henry C. – Counsel for Amicus Curiae

122. Wood, Rosanne – School Board Member

123. Young America's Foundation – Amicus Curiae

The undersigned certifies that no publicly traded company or corporation has an interest in the outcome of the case or appeal. The undersigned will enter this information into the web-based CIP contemporaneous with the filing of this Certificate of Interested Persons and Corporate Disclosure Statement.

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PETITION FOR REHEARING EN BANC

Appellees, School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, and Robin Oliveri, pursuant to Federal Rules of Appellate Procedure 26 and 27 and 11th Circuit Rules 26-1 and 27-1, file this Unopposed motion to extend the deadline to respond to the Appellants' Petition for Rehearing en Banc. In support, Appellees state:

1.　　This Court entered an Order on April 25, 2025, directing the Appellees to respond to the Appellants' Petition for Rehearing En Banc within 21 days of the date of the Order. [Doc. 124].

2.　　Based on this Court's April 25, 2025, Order, the deadline for Appellees to respond to the Appellants' Petition for Rehearing in Banc is Friday, May 16, 2025.

3.　　Appellees move, without opposition from Appellants, for a twenty-one-day extension of the current deadline for them to respond to the Petition for Rehearing en Banc. If granted, the new deadline would be Friday, June 6, 2025.

4.　　Appellees' counsel requires additional time to review the Petition for Rehearing en Banc and the amicus briefs filed in support of the same, and to otherwise confer with Appellees and prepare the response to the Petition for Rehearing en Banc. The Appellees submit that this constitutes good cause to grant the requested extension.

USCA11 Case: 23-10385     Document: 148     Date Filed: 05/07/2025     Page: 9 of 10

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna,
Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

5. If this Motion were granted, no party would be prejudiced by the extension of the deadline.

6. The undersigned certifies that on May 5, 2025, he conferred with counsel for Appellants to ascertain Appellants' position with respect to the relief requested herein. Counsel for Appellants does not oppose this request.

**WHEREFORE**, Appellees respectfully request a twenty-one-day extension of the deadline for it to respond to the Appellants' Petition for Rehearing en Banc up to and including June 6, 2025, together with any other relief this Court deems appropriate.

Dated this 7th day of May 2025.

/s/ Jeffrey D. Slanker
**JEFFREY D. SLANKER**
Florida Bar Number: 100391
E-mail: jslanker@sniffenlaw.com
**TERRY J. HARMON**
Florida Bar Number: 100391
E-mail: tharmon@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, FL 32301
Telephone: (850) 205-1996
Fax:   (850) 205-3004

*Appellees' Attorneys*

USCA11 Case: 23-10385     Document: 148     Date Filed: 05/07/2025     Page: 9 of 10

2

January Littlejohn & Jeffrey Littlejohn v. School Board of Leon County, Florida, Rocky Hanna, Dr. Kathleen Rodgers, Rachel Thomas, Robin Oliveri
Appeal No. 23-10385

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENT

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A), because this document contains 1,575 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft® Word for Microsoft 365 in fourteen-point font, Times New Roman.

/s/ Jeffrey D. Slanker
**JEFFREY D. SLANKER**

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the Eleventh Circuit CM/ECF system which will send notification of filing to all parties of record.

Dated this 7th day of May 2025.

/s/ Jeffrey D. Slanker
**JEFFREY D. SLANKER**