No. 23-10385-HH

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, et al.,

*Plaintiffs-Appellants*,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Northern District of Florida No. 4:21-cv-415 (Walker, C.J.)

## MOTION TO WITHDRAW AS COUNSEL

> Jeffrey S. Hetzel
> CONSOVOY MCCARTHY PLLC
> ANTONIA SCALIA LAW SCHOOL
> SUPREME COURT CLINIC
> 1600 Wilson Boulevard, Suite 700
> Arlington, Virginia 22209
> (703) 243-9423
> jhetzel@consovoymccarthy.com
>
> *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Plaintiffs-Appellants certify that their prior certificates are complete.

Dated: May 15, 2025                                   /s/ *Jeffrey S. Hetzel*
                                                      Counsel for Plaintiffs-Appellants

C-1

Counsel Jeffrey S. Hetzel represents Plaintiffs-Appellants January and Jeffrey Littlejohn, and respectfully moves to withdraw as counsel for Plaintiffs-Appellants in this matter. Mr. Hetzel is leaving Consovoy McCarthy PLLC on May 15, 2025, to pursue another professional opportunity and will be unable to continue his representation. Plaintiffs-Appellants will continue to be represented by all other counsel, listed in full below.

Dated: May 15, 2025

/s/ *Jeffrey S. Hetzel*
Jeffrey S. Hetzel
CONSOVOY MCCARTHY PLLC
ANTONIA SCALIA LAW SCHOOL
SUPREME COURT CLINIC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
jhetzel@consovoymccarthy.com

Taylor A.R. Meehan
Cameron T. Norris
James F. Hasson
CONSOVOY MCCARTHY PLLC
ANTONIA SCALIA LAW SCHOOL
SUPREME COURT CLINIC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com

Vernadette R. Broyles
Ernest G. Trakas
CHILD & PARENTAL RIGHTS
CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
(770) 448-4525

Mary E. McAlister
CHILD & PARENTAL RIGHTS
CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
(770) 448-4525

2

## CERTIFICATE OF COMPLIANCE

This brief complies with Rule 27 because it contains 60 words, excluding the parts that can be excluded. This brief also complies with Rule 32(a)(5)-(6) because it is prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: May 15, 2025                                         /s/ Jeffrey S. Hetzel

## CERTIFICATE OF SERVICE

I e-filed this brief with the Court, which will automatically email everyone requiring notice.

Dated: May 15, 2025                                         /s/ Jeffrey S. Hetzel