No. 23-10385-HH

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, et al.,
  *Plaintiffs-Appellants*,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, et al.,
  *Defendants-Appellees.*

Appeal from the U.S. District Court for the
Northern District of Florida, Tallahassee Division
Case No. 4:21-CV-00415-MW-MJF

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF PETITION FOR REHEARING EN BANC

Mary E. McAlister
CHILD & PARENTAL RIGHTS
CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
(770) 448-4525
mmcalister@childparentrights.org

Taylor A.R. Meehan
Cameron T. Norris
James F. Hasson
CONSOVOY MCCARTHY PLLC
ANTONIA SCALIA LAW SCHOOL
SUPREME COURT CLINIC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
cam@consovoymccarthy.com
taylor@consovoymccarthy.com
james@consovoymccarthy.com

Vernadette R. Broyles
Ernest G. Trakas
CHILD & PARENTAL RIGHTS CAMPAIGN,
INC.
5425 Peachtree Parkway, Suite 110
Peachtree Corners, GA 30092
(770) 448-4525
vbroyles@childparentrights.org
etrakas@childparentrights.org

*Counsel for Plaintiffs-Appellants*

*Littlejohn v. School Board of Leon County, Florida*
Case No. 23-10385-HH

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Per Rule 26.1 and Circuit Rule 26.1, Plaintiffs-Appellants certify that the following have an interest in the outcome of this appeal:

1. Able Americans - Amicus Curiae
2. Advancing American Freedom, Inc. - Amicus Curiae
3. Alabama Center for Law and Liberty - Amicus Curiae
4. Alliance Defending Freedom - Amicus Curiae
5. American Principles Project - Amicus Curiae
6. American Values - Amicus Curiae
7. Anderson, Katherine L. - Counsel for Amicus Curiae
8. Anderson, PhD, Dr. Erica E. - Amicus Curiae
9. Antonin Scalia Law School Supreme Court Clinic - Counsel for Appellants
10. Arizona Legislature - Amicus Curiae
11. Bell, Daniel W. - Counsel for Amicus Curiae
12. Berg, Luke N. - Counsel for Amicus Curiae
13. Broyles, Vernadette - Counsel for Appellants
14. Center for Political Renewal - Amicus Curiae
15. Center for Urban Renewal and Education (CURE) - Amicus Curiae
16. Child and Parental Rights Campaign - Counsel for Appellants
17. Christian Law Association - Amicus Curiae
18. Christians Engaged - Amicus Curiae

19. Clark, Matthew J. - Counsel for Amicus Curiae

20. Claybrook, Jr., Frederick W. - Counsel for Amicus Curiae

21. Claybrook LLC - Counsel for Amicus Curiae

22. Coalition for Jewish Values - Amicus Curiae

23. Commonwealth of Kentucky - Amicus Curiae

24. Commonwealth of Virginia - Amicus Curiae

25. Concerned Women for America - Amicus Curiae

26. Congresswoman Vicky Hartzler - Amicus Curiae

27. Consovoy McCarthy PLLC - Counsel for Appellants

28. Cornwall Alliance for the Stewardship of Creation - Amicus Curiae

29. Corrigan, Christian B. - Counsel for Amicus Curiae

30. Cory, Alyssa L. - Counsel for Amicus Curiae

31. Costello, David M. - Counsel for Amicus Curiae

32. Defending Education - Amicus Curiae

33. Delaware Family Policy Council - Amicus Curiae

34. DeSousa, Jeffrey P. - Counsel for Amicus Curiae

35. Dewart, Deborah J. - Counsel for Amicus Curiae

36. Dhillon Law Group, Inc. - Counsel for Amicus Curiae

37. Dr. James Dobson Family Institute - Amicus Curiae

38. Eagle Forum - Amicus Curiae

39. Estrada, William A. - Counsel for Amicus Curiae

40. Ethics & Public Policy Center - Counsel for Amicus Curiae

41. Faith and Freedom Coalition - Amicus Curiae

42. Family Foundation - Amicus Curiae

43. Family Policy Institute of Washington - Amicus Curiae

44. First Liberty Institute - Counsel for Amicus Curiae

45. Fitschen, Steven W. - Counsel for Amicus Curiae

46. Frontline Policy Action - Amicus Curiae

47. Global Liberty Alliance - Amicus Curiae

48. Goldwater Institute - Amicus Curiae

49. Grabowski, Daniel - Counsel for Amicus Curiae

50. Hanna, Rocky – Appellee

51. Harle, Denise M. - Counsel for Amicus Curiae

52. Harmon, Terry J. - Counsel for Appellee

53. Hasson, James F. - Counsel for Appellants

54. Haynie, Ryan - Counsel for Amicus Curiae

55. Hetzel, Jeffrey S. - Counsel for Appellants

56. Illinois Family Institute - Amicus Curiae

57. Institute for Faith and Family - Amicus Curiae

58. International Conference of Evangelical Chaplain Endorsers - Amicus Curiae

59. Jones, Darryl - School Board Member

60. Kniffin, Eric N. - Counsel for Amicus Curiae

61. Knudsen, Austin - Counsel for Amicus Curiae

62. Ketcham, John - Counsel for Amicus Curiae

63. Lawkowski, Gary M. - Counsel for Amicus Curiae

64. Lawson Cox, Laurie - School Board Member

65. Liberty Justice Center - Amicus Curiae

66. Littlejohn, January - Appellant

67. Littlejohn, Jeffrey - Appellant

68. Manhattan Institute - Amicus Curiae

69. Martinez, Abigail - Amicus Curiae

70. Mateer, Jeffrey C. - Counsel for Amicus Curiae

71. McAlister, Mary - Counsel for Appellants

72. Meehan, Taylor A.R. - Counsel for Appellants

73. Missouri Center-Right Coalition - Amicus Curiae

74. Moody, Ashley - Counsel for Amicus Curiae

75. National Association of Parents, Inc. d/b/a Parents USA (or) National Association of Parents, Inc. d/b/a ("ParentsUSA") - Amicus Curiae

76. National Center for Public Policy Research - Amicus Curiae

77. National Legal Foundation - Amicus Curiae

78. National Religious Broadcasters - Amicus Curiae

79. New Jersey Family Policy Center - Amicus Curiae

80. New Mexico Family Action Movement - Amicus Curiae

81. Nicolas, Marcus - School Board Member

82. Norris, Cameron T. - Counsel for Appellants

83. Oklahoma Council of Public Affairs - Amicus Curiae

84. Oliveri, Robin - Appellee

85. Our Duty - Amicus Curiae

86. Pacific Justice Institute - Amicus Curiae

87. Parental Rights Foundation - Amicus Curiae

88. President of the Arizona Senate Warren Peterson - Amicus Curiae

89. Project 21 Black Leadership Network - Amicus Curiae

90. Rae, Emily - Counsel for Amicus Curiae

91. Randall, Holly M. - Counsel for Amicus Curiae

92. Religious Freedom Institute - Amicus Curiae

93. Rodgers, Kathleen - Appellee

94. Russell Kirk Center for Cultural Renewal - Amicus Curiae

95. Russell, Keisha T. - Counsel for Amicus Curiae

96. Safriet, Kent D. - Counsel for Amicus Curiae

97. Sandefur, Timothy - Counsel for Amicus Curiae

98. Sapir, Dr. Leor - Amicus Curiae

99. Sarelson, Matthew - Counsel for Amicus Curiae

100. Scharf-Norton Center for Constitutional Litigation - Counsel for Amicus Curiae

101. School Board of Leon County - Appellee

102. Seideman, Tina - Counsel for Amicus Curiae

103. Shapiro, Ilya - Counsel for Amicus Curiae

104. Shelton, Adam C. - Counsel for Amicus Curiae

105. Slanker, Jeffrey D. - Counsel for Appellees

106. Sniffen & Spellman, P.A. - Counsel for Appellees

107. Speaker of the House of Representatives of Arizona Steve Montenegro - Amicus Curiae

108. Spellman, Michael – Counsel for Appellees

109. State of Alabama - Amicus Curiae

110. State of Arkansas - Amicus Curiae

111. State of Florida - Amicus Curiae

112. State of Georgia - Amicus Curiae

113. State of Idaho - Amicus Curiae

114. State of Indiana - Amicus Curiae

115. State of Iowa - Amicus Curiae

116. State of Kansas - Amicus Curiae

117. State of Louisiana - Amicus Curiae

118. State of Missouri - Amicus Curiae

119. State of Montana - Amicus Curiae

120. State of Nebraska - Amicus Curiae

121. State of Oklahoma - Amicus Curiae

122. State of South Carolina - Amicus Curiae

123. State of South Dakota - Amicus Curiae

124. State of Texas - Amicus Curiae

125. State of West Virginia - Amicus Curiae

126. Students for Life of America - Amicus Curiae

127. Swafford Smith, Alva - School Board Member

128. The Center for American Liberty - Amicus Curiae

129. The Justice Foundation - Amicus Curiae

130. Thomas, Rachel - Appellee

131. Toney, Kayla A. - Counsel for Amicus Curiae

132. Torstensen, Jr., Peter M. - Counsel for Amicus Curiae

133. Trakas, Ernest – Counsel for Appellants

134. Wagner, Vincent M. - Counsel for Amicus Curiae

135. Walker, Hon. Mark E. – Chief U.S. District Court Judge

136. Wheat, J. Marc - Counsel for Amicus Curiae

137. Whitaker, Henry C. - Counsel for Amicus Curiae

138. Wood, Rosanne - School Board Member

139. Young America's Foundation - Amicus Curiae

No publicly traded company or corporation has an interest in the outcome of this case or appeal. Plaintiffs-Appellants certify that the CIP contained in this brief is complete.

Dated: June 11, 2025                           */s/ Cameron T. Norris*
                                               Counsel for Plaintiffs-Appellants

## MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF PETITION FOR REHEARING EN BANC

Plaintiffs seek this Court's leave to file the attached reply in support of their petition for rehearing en banc. Defendants have no objection.

1. The appellate rules nether allow nor forbid replies in support of en-banc petitions. But the rules generally give moving parties a reply. Fed. R. App. P. 27(a); Fed R. App. P. 28(c). And courts routinely grant leave to file replies in this context. *See, e.g.*, *Defending Education v. Olentangy Local Sch. Dist. Bd. of Educ.*, Doc.13, No. 23-3630 (6th Cir. Oct. 10, 2024); *Graham v. Garland*, Doc.260, No. 18-1835 (2d Cir. Feb. 24, 2022); *ERISA Indus. Comm. v. Seattle*, Doc.66, No. 20-35472 (9th Cir. July 26, 2021).

2. The Littlejohns' reply will help the Court. It explains why the school's arguments do not change the need for rehearing. And a reply is especially appropriate because the school's opposition makes new arguments that were not endorsed by the panel—like that the Littlejohns somehow forfeited "[e]very argument," Opp.14, and that this Court's decision in *Arnold v. Board of Education of Escambia County* is no longer good law, Opp.10.

3. No party will be prejudiced. The school has no objection to this reply. The Littlejohns filed it quickly, less than three business days after the school's opposition. And the reply is short—1,950 words (half the amount allotted to petitions)—and narrowly focused on the key issues.

\*   \*   \*

For all these reasons, this Court should grant the Littlejohns' motion to file a reply in support of their petition for rehearing en banc.

Respectfully submitted,

/s/ *Cameron T. Norris*

Taylor A.R. Meehan
Cameron T. Norris
James F. Hasson
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
(703) 243-9423
taylor@consovoymccarthy.com
cam@consovoymccarthy.com
james@consovoymccarthy.com

Mary E. McAlister
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
P.O. Box 637
Monroe, VA 24574
(770) 448-4525
mmcalister@childparentrights.org

Vernadette R. Broyles
Ernest G. Trakas
CHILD & PARENTAL RIGHTS CAMPAIGN, INC.
5805 State Bridge Rd., Suite G310
Johns Creek, GA 30097
(770) 448-4525
vbroyles@childparentrights.org
etrakas@childparentrights.org

*Counsel for Plaintiffs-Appellants*

2

## CERTIFICATE OF COMPLIANCE

This motion complies with Rule 27(d) because it contains 268 words, excluding the parts that can be excluded. It also complies with Rules 32(a)(5) and 32(a)(6) and Circuit Rule 27-1(a)(11) because it's prepared in a proportionally spaced face using Microsoft Word 2016 in 14-point Garamond font.

Dated: June 11, 2025                                    /s/ *Cameron T. Norris*

## CERTIFICATE OF SERVICE

I e-filed this motion, which will email everyone requiring notice.

Dated: June 11, 2025                                    /s/ *Cameron T. Norris*