# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10385

_____

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

                                      Plaintiffs-Appellants,

*versus*

SCHOOL BOARD OF LEON COUNTY, FLORIDA,
ROCKY HANNA,
Individually and in his official capacity as
Superintendent of Leon County Schools,
DR. KATHLEEN RODGERS
Individually and in her official capacity as
Former Assistant Superintendent Equity Officer
and Title IX Compliance Coordinator for Leon County Schools,
RACHEL THOMAS,
Individually and in official capacity as
Counselor at Deerlake Middle School,
ROBIN OLIVERI

2                              Order of the Court                         23-10385

Individually and in her official capacity as
Assistant Principal of Deerlake Middle School,

                                              Defendants- Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00415-MW-MJF

_____

ORDER:

    *MOTION to file amicus brief pursuant to FRAP 29(a) filed by Steven W. Fitschen for The family Foundation, Illinois Family Institute, Concerned Women for America, National Legal Foundation and Pacific Justice Institute is GRANTED.*

    *MOTION to file amicus brief pursuant to FRAP 29(a) filed by Manhattan Institute and Oklahoma Council of Public Affairs is GRANTED.*

    *MOTION to file amicus brief pursuant to FRAP 29(a) filed by J. Marc Wheat for Advancing American Freedom, Inc. is GRANTED.*

    *MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Emily Rae for Amicus Liberty Justice Center is GRANTED.*

23-10385               Order of the Court                    3

*MOTION to file amicus brief pursuant to FRAP 29(a) filed by William A. Estrada for Parental Rights Foundation is GRANTED.*

*MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Christopher Mills for proposed amicus curiae Defending Education is GRANTED.*

*MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Kayla Toney for Abigail Martinez is GRANTED.*

*MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by D. Kent Safriet for American Parents Coalition is GRANTED.*

*MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Vincent M. Wagner for Alliance Defending Freedom is GRANTED.*

*MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Denise M. Harle for Religious Freedom Institute is GRANTED.*

*MOTION for leave to file amicus brief in support of rehearing pursuant to FRAP 29(a) filed by Eric Kniffin for Our Duty is GRANTED.*

*MOTION for leave to file reply in support of petition for rehearing en banc filed by January Littlejohn and Jeffrey Littlejohn is GRANTED.*

DAVID J. SMITH
Clerk of the United States Court of

4        Order of the Court        23-10385

Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION