IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | Case No. 23-13085<br><br>(Related to No. 23-13095) |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 46 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 46-5, Peter Martin Torstensen, Jr. respectfully moves to withdraw as counsel of record for Amicus Curiae State of Montana in the above-captioned matter.

Mr. Torstensen has left employment with the State of Montana – Department of Justice and will no longer be representing Amicus Curiae in this action. Christian Brian Corrigan, also of the State of Montana – Department of Justice, has entered an appearance and will continue to represent Amicus Curiae in this matter.

Amicus Curiae will not be prejudiced by this withdrawal and the substitution ensures continued representation.

**WHEREFORE**, the undersigned respectfully requests that the Court grant this motion and permit the withdrawal of Peter Martin Torstensen, Jr. as counsel of record for Amicus Curiae State of Montana.

DATED this 17th day of June, 2025.

>AUSTIN KNUDSEN
>  *Montana Attorney General*
>
>*/s/Christian B. Corrigan*
>CHRISTIAN B. CORRIGAN
>  *Solicitor General*
>
>PETER M. TORSTENSEN, JR.
>  *Deputy Solicitor General*
>Montana Department of Justice
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>Tel: (406) 444-2026
>peter.torstensen@mt.gov
>christian.corrigan@mt.gov
>
>*Counsel for Amicus State of Montana*

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d) because it contains 146 words, excluding the parts that may be excluded.  This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Century Schoolbook font.

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/*Christian B. Corrigan*
CHRISTIAN B. CORRIGAN