## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 03, 2025

Christian Brian Corrigan
Montana Attorney General's Office
Office of the Attorney General
215 N SANDERS
HELENA, MT 59601

Appeal Number: 23-10385-HH
Case Style: January Littlejohn, et al v. School Board of Leon County Florida, et al
District Court Docket No: 4:21-cv-00415-MW-MJF

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion to withdraw as counsel [10491421-2] filed by Amici Curiae State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of South Carolina, State of Tennessee, State of Utah, State of Virginia and State of West VirginiaAttorney Christian Brian Corrigan for Amici Curiae State of Florida, State of Missouri, State of Georgia, State of Alabama, State of South Carolina, State of Nebraska, State of Utah, State of Louisiana, State of Idaho, State of Alaska, State of Mississippi, State of Kansas, State of West Virginia, State of Arkansas, State of Virginia, State of Tennessee, State of Iowa, State of Kentucky and State of Montana.
Reason(s) no action being taken on filing(s): The filing is deficient for failure to comply with this Court's rules on Certificates of Interested Persons and Corporate Disclosure Statements. See 11th Cir. R. 26.1-1..

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")

You failed to comply with the CIP rules by:

- not including a CIP in your filing. <u>See</u> 11th Cir. R. 26.1-1(a)(1).

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135        Capital Cases:               404-335-6200
CM/ECF Help Desk:        404-335-6125        Cases Set for Oral Argument: 404-335-6141

Notice No Action Taken