# No. 23-10385-HH

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

JANUARY LITTLEJOHN, et al.,

*Plaintiffs-Appellants*,

v.

SCHOOL BOARD OF LEON COUNTY, FLORIDA, et al.

*Defendants-Appellees*

_____

On Appeal from the United States District Court
for the Northern District of Florida
Case No. 4:21-cv-415
(Walker, C.J.)

**MOTION TO WITHDRAW PETER M. TORSTENSEN, JR.
AS COUNSEL OF RECORD**

AUSTIN KNUDSEN
Montana Attorney General

MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov

*Counsel for Amicus Curiae State of Montana*

CHRISTIAN B. CORRIGAN
  *Solicitor General*

## CERTIFICATE OF INTERESTED PERSONS

The CIP for this Motion to Withdraw Peter M. Torstensen, Jr. as Counsel of Record is complete.

Dated: July 14, 2025　　　　　　　　/s/ *Christian B. Corrigan*
　　　　　　　　　　　　　　　　　Counsel for Amicus
　　　　　　　　　　　　　　　　　State of Montana

Pursuant to Rule 46 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 46-5, Peter Martin Torstensen, Jr. respectfully moves to withdraw as counsel of record for Amicus Curiae State of Montana in the above-captioned matter.

Mr. Torstensen has left employment with the State of Montana – Department of Justice and will no longer be representing Amicus Curiae in this action. Christian Brian Corrigan, also of the State of Montana – Department of Justice, has entered an appearance and will continue to represent Amicus Curiae in this matter.

Amicus Curiae will not be prejudiced by this withdrawal and the substitution ensures continued representation.

**WHEREFORE**, the undersigned respectfully requests that the Court grant this motion and permit the withdrawal of Peter Martin Torstensen, Jr. as counsel of record for Amicus Curiae State of Montana.

DATED this 14th day of July, 2025.

AUSTIN KNUDSEN
  *Montana Attorney General*

  */s/Christian B. Corrigan*

3

                CHRISTIAN B. CORRIGAN
                 *Solicitor General*

                Montana Department of Justice
                215 North Sanders
                P.O. Box 201401
                Helena, MT 59620-1401
                Tel: (406) 444-2026
                christian.corrigan@mt.gov

                *Counsel for Amicus State of Montana*

**CERTIFICATE OF COMPLIANCE**

This motion complies with Fed. R. App. P. 27(d) because it contains 146 words, excluding the parts that may be excluded. This response also complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface, 14-point Century Schoolbook font.

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN