# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10385

_____

JANUARY LITTLEJOHN,
JEFFREY LITTLEJOHN,

                                                               Plaintiffs-Appellants,

*versus*

SCHOOL BOARD OF LEON COUNTY, FLORIDA,
ROCKY HANNA,
Individually and in his official capacity as
Superintendent of Leon County Schools,
DR. KATHLEEN RODGERS
Individually and in her official capacity as
Former Assistant Superintendent Equity Officer
and Title IX Compliance Coordinator for Leon County Schools,
RACHEL THOMAS,
Individually and in official capacity as
Counselor at Deerlake Middle School,
ROBIN OLIVERI

2                              Order of the Court                              23-10385

Individually and in her official capacity as
Assistant Principal of Deerlake Middle School,

                       Defendants- Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00415-MW-MJF

_____

ORDER:

  Motion to withdraw Peter Martin Torstensen, Jr. as counsel filed by Attorney Christian Brian Corrigan for Amici Curiae State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of South Carolina, State of Tennessee, State of Utah, State of Virginia and State of West Virginia is GRANTED.

                      DAVID J. SMITH
               Clerk of the United States Court of
                Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION