# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

September 5, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: January Littlejohn, et vir
        v. School Board of Leon County, Florida, et al.
        No. 25-259
        (Your No. 23-10385)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 3, 2025 and placed on the docket September 5, 2025 as No. 25-259.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst